# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

MAR 0 3 2008

RECEIVED

MAR  5 2008 *MB*

MICHAEL W. ___
CLERK, U.S. DISTRICT COURT

TYRONE OWENS

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

DR. ALI DOCTOR DIV. 1

DR. TING MED. DIRECTOR

CHIEF HOWELL DIV. 1

SHERIFF TOM DART

DIRECTOR OF COUNTY JAIL RAMIRO

DIRECTOR GODINEZ

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**08CV1330**
**JUDGE HOLDERMAN**
**MAG. JUDGE ASHMAN**

(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**

✓    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

_____    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____    **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.    **Plaintiff(s):**

Revised: 7/20/05

D DEFENDANT; SHERIFF TOM DART

TITLE: SHERIFF OF COOK COUNTY, ILLINOIS

PLACE OF EMPLOYMENT: THE DALEY CENTER @ 50 W. WASHINGTON, CHGO, IL. 60602 RM. #704

E DEFENDANT: DIRECTOR GODINEZ OF COOK COUNTY JAIL

TITLE: DIRECTOR OF COOK COUNTY JAIL

PLACE OF EMPLOYMENT: COOK COUNTY JAIL

F     NURSE REYNOLDS
      NURSE @ DIVISION 1 COOK CO. JAIL
         COOK COUNTY JAIL

K. DEFENDANT C/O JONES 7-3 SHIFT, DIVISION 1

TITLE COOK COUNTY CORRECTIONAL OFFICER

PLACE OF EMPLOYMENT COOK COUNT JAIL

G. SGT. POWERS
   SGT. @ DIV. 1
   COOK COUNTY JAIL

H   SUPER INTENDANT HOLMES.
    SUPERINTRNDANT @ DIVISION 2
    COOK COUNTY JAIL

I  LAW LIBRARY STAFF AVERY JOHN DOE DIV. 1.
   LIBRARIAN   @ DIVISION 1
   COOK COUNTY JAIL

J  LAW LIBRARY STAFF LESLIE JANE DOE DIV. 1.
   LIBRARIAN
   COOK COUNTY JAIL

ADDITIONAL LAWSUITS

A   TYRONE OWENS V. WALKER et al.  02-942  SOUTHERN DIST., IL

B        2002

C

D   44 DEFENDANTS

E   U.S. DIST. COURT SOUTHERN DISTRICT, ILLINOIS

F   HON: DAVID R. HERNDON

G   BEATINGS, TORTURE, RETALIATION

H   DISMISSED DUE TO NO ATTORNEY PROVIDED

I            2007


A   TYRONE OWENS V. SHERIFF TOM DART ET AL   07-CV-6800

B   2007

C

D   TOM DART, DIRECTOR JOHN DOE,

E   U.S. DIST. COURT NORTHERN DIST. ILLINOIS

F   JAMES F. HOLDERMAN

G   DUE PROCESS, CRUEL AND UNUSUAL PUNISHMENT

H   STILL PENDING

I

A.    Name: TYRONE OWENS

B.    List all aliases: _____

C.    Prisoner identification number: 20070076179

D.    Place of present confinement: COOK COUNTY JAIL

E.    Address: 2750 S. CALIFORNIA

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

## II.   Defendant(s):

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A.    Defendant: DOCTOR ALI

     Title: MEDICAL DOCTOR @ DIVISION 1

     Place of Employment: COOK COUNTY JAIL

B.    Defendant: DOCTOR TING

     Title: MEDICAL DIRECTOR @ COOK CO. JAIL

     Place of Employment: COOK COUNTY JAIL

C.    Defendant: CHIEF HOWELL

     Title: CHIEF OF SECURITY @ DIVISION 1

     Place of Employment: COOK COUNTY JAIL

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised: 7/20/05

**III.    Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A.    Is there a grievance procedure available at your institution?

YES ( ✓ )  NO ( )   If there is no grievance procedure, skip to **F**.

B.    Have you filed a grievance concerning the facts in this complaint?

YES ( ✓ )  NO ( )

C.    If your answer is **YES**:

1.    What steps did you take?

_FILED NUMEROUS GRIEVANCES AND MADE SEVERAL VERBAL COMPLAINTS AND REQUEST (WRITTEN) AND LETTERS_

2.    What was the result?

_1. GRIEVANCE DENIED. 2 THREATS MADE TO ME. ③ I WAS WARNED "DON'T START YOUR LAWSUITS OVER HERE"_

3.    If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)    _YES._

_I WAS TOLD THAT THEY COULDN'T FIND THEM ANYMORE._

D.    If your answer is **NO**, explain why not:

3

Revised:   7/20/05

E.    Is the grievance procedure now completed?  YES ( )  NO ( )

F.    If there is no grievance procedure in the institution, did you complain to authorities?  YES ( )  NO ( )

G.    If your answer is **YES**:

1.    What steps did you take?

_____

_____

_____

2.    What was the result?

_____

_____

_____

H.    If your answer is **NO**, explain why not:

_____

_____

_____

4

IV.   List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A.   Name of case and docket number: _TYRONE OWENS V. BURTON et al.. 01-C-6579 NORTHERN DIST. ILLINOIS_

B.   Approximate date of filing lawsuit: _2001_

C.   List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

_____

_____

D.   List all defendants: _C/O'S BURTON, TIMMS, ACEVEDO, WALKER, COLLINS et. al._

_____

E.   Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _U.S. DIST. COURT NORTHERN DISTRICT, ILLINOIS_

F.   Name of judge to whom case was assigned: _JAMES F. HOLDERMAN & MAGISTRATE JUDGE MARTIN C. ASHMAN_

G.   Basic claim made: _BEATINGS, CONSPIRACY AND CRUEL AND UNUSUAL PUNISHMENT_

H.   Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _SETTLED_

_____

I.   Approximate date of disposition: _2004-5_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised: 7/20/05

## V.   Statement of Claim:

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

COUNT① 1ST 8TH &14TH AMENDMENT

ON 10-7-07 I WAS SENT TO COOK COUNTY JAIL WHERE MY CONSTITUTIONAL RIGNS WERE VIOLATED

REPEATEDLY. IN ALL COUNTS DEFENDANTS ARE SUED IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES. ON OR ABOUT OCTOBER 10, 2007 I BEGAN COMPLAINING ABOUT ME NOT RECEIVING ANY MEDICAL ATTENTION FOR AN INFECTION THAT I THOUGHT I HAD CONTRACTED. I MADE A FEW REQUEST WHICH WENT UNANSWERED. SO I WAITED SOMETIME IN NOVEMBER I BEGAN TO MAKE WRITTEN COMPLAINTS/GRIEVANCES. AFTER NO RESPONCE, I CONSIDERED OTHER MEASURES, i.e. FILING A LAWSUIT. IN DECEMBER 2007 I NOTICED THAT I HAD HAD A WET DREAM AND AS I STARTED TO CHANGE MY UNDERWEAR, I NOTICED "BLOOD" IN MY BOXERS. I TRIED UNSUCCESSFULLY TO SEE A DOCTOR. I HAD THE c/o CALL TO THE DESPENSARY WHERE NURSE/DEFENDANT REYNOLDS TOLD THE c/o "HE'L LIVE UNTIL WE SEE HIM, I'M ON MY WAY HOME. I HAVE 40 MINS LEFT" I BEGIN FILING COMPLAINTS/GRIEVANCES. THATS WHEN DEFENDANT HOWELL (CHEIF) CAME TO MY CELL AND MADE THREATS (SEE. CELL MATE JAMES JACKSON ON H-3) HE SAID "YOU BETTER NOT BRING THAT SHIT OVER HERE, THAT YOU DID WHEN YOU SUED OTHER STAFF (SEE 01-C-6579) AFTER HE LEFT THAT DAY, HE INSTRUCTED OFFICERS TO START RETALIATION. SOME TIME IN EARLY DECEMBER AFTER I TOLD DEFENDANTS (DOCTORS) IN WRITING &VERBALLY THAT THE MEDICATION THAT I WAS GIVEN @ HOME DIDN'T WORK, THE DEFENDANTS GAVE ME THE EXACT SAME MEDICATION (TWO TIMES) WASTEING AN ADDITIONAL MONTH, FORCING ME TO ENDURE MORE PAIN & SUFFERING. AFTER I MADE MORE VERBAL AND WRITTEN COMPLAINTS DEFENDANTS, THEN SENT ME FOR SOME TEST BUT IT TOOK

OVER 30 more DAYS AND MORE COMPLAINTS TO TRY IT AGAIN. AFTER THE 2ND TEST I RECEIVE NO MEDICATION, IN FACT DEFENDANT (DR. ALI) TOLD ME THAT "NOTHING IS WRONG WITH YOU" AND "I DON'T SEE ANY BLOOD OR SWELLING, YOU MUST STOP LYING" SO YOU CAN GET COLD PILLS AND PAIN PILLS TO GET HIGH ON, THERE'S NOTHING WRONG WITH YOU, JUST LIKE WHEN YOU WERE IN THAT WHEEL-CHAIR FOR THOSE YEARS." HE GAVE ME THE SAME MED'S AGAIN SAYING "TAKE IT THIS TIME, YOU CAN NOW. YOU DON'T HAVE ANYTHING TO SMOKE THAT WILL STOP YOU. AS IF I WAS A CRACKHEAD, (SEE EXHIBIT G #1f8708). 23 NOW I'VE NOTICED THAT I HAVE BLOOD IN MY URINE AND A DISCHARGE THATS REDDISH IN COLOR. THIS CONDITION HAS BECAME WORSE NOW, IN FACT IT BURNS ALWAYS. AND NOW MY PAINS HAS INCREASED AND IS NOW IN MY STOMACH TOO! IT HAS TAKEN OVER 120 DAYS FOR THE DEFENDANTS TO GIVE ME PROPER MEDICAL ATTENTION. I STILL HAVE PROBLEMS NOW WITH AN ERECTION AND BLOOD IN MY URINE. I SENT COMPLAINTS TO ALL DEFENDANTS INDIVIDUALLY TO NO AVAIL. AND RETALIATION BY DEFENDANT CHEIF HOWELL. EACH TIME I'VE WRITTEN DEF. DR. TING I RECEIVED NO RESPONSE. DEFENDANTS KNEW OR SHOULD HAVE KNOWN THAT THEIR ACTIONS COULD OR WOULD CAUSE PLAINTIFF IRREPARABLE INJURIES. AND DID SO MALICIOUSLY AND WITH THE SPECIFIC INTENT TO CAUSE BODILY HARM. AND FOR NO PENOLOGICAL PURPOSE. AS A RESULT OF DEFENDANTS VIOLATING PLAINTIFFS' CONSTITUTIONAL RIGHTS HE NOW SUFFERS FROM: SEVERE DEPRESSION, HEADACHES, BLOOD IN URINE, PAIN WHEN URINATING AND INABILITY TO HAVE ORGASMN OR ERECTION

VI.  **Relief:** FREEDON OF SPEECH, CREUL & UNISUAL PUNISHMENT, DUE PROCESS, RETALIATION

COUNT ② 1ST, 8TH & 14TH AMENDMENT. DEFENDENTS ARE SUED IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES

ON OR ABOUT DECEMBER ? DEFENDANTS SUPT. HOLMES AND SGT. HOWELL BOTH CAME TO MY TEIR TO PERSONALLY THREATEN ME EVEN PUT ME IN JAIL

(HE DIDNT BELONG IN DIVISION 1 - MY DIVISION) ③

ON OR ABOUT THE _ OF DECEMBER A MAN (DEFENDANT) HOLMES AND DEFENDANT SGT. HOWELL CAME TO MY TEER & CELL (DEFENDANT HOLMES ORCHASTRATED THE CHARGES THAT HAS ME IN JAIL, ONE OF HIS PEOPLE "MY EMPLOYEE" ACCUSED ME OF KIDNAPPING HER, HE INSTRUCTED IT) HE CAME TO MY TEER TO INTIMIDATE ME. AFTER HIS VISIT HE INSTRUCTED DEFENDANT HOWELL TO PRESSURE ME FOR WHAT HE BELIEVES WAS DONE TO "TASHA" (THE CHARGES I HAVE NOW) THAT'S WHEN DEFENDANT HOWELL CAME TO MY CELL AND PERSONALLY THREATEND ME SEE (CELLMATE JAMES JACKSON'S AFFIDAVIT) THAT'S WHEN HE WARNED ME ABOUT "SUING" HIS CO-WORKERS. THIS HAS CAUSED ME TO ENDURE SEVERE ACTS OF RETALIATION. (SEE: EXHIBIT G H-8/08-COUNT②) DEFENDANTS VIOLATED PLAINTIFFS CONSTITUTIONAL RIGHTS WHEN THEY KNEW OR SHOULD HAVE KNOWN THAT THEIR ACTIONS COULD HAVE OR WOULD CAUSE PLAINTIFF IRREPARABLE INJURIES. AND THEY DID SO MALICIOUSLY AND INTENTIONALLY WITH THE INTENT TO CAUSE INJURY TO PLAINTIFF FOR NO PENOLOGICAL PURPOSE. AS A RESULT OF THE DEFENDANTS VIOLATIONS PLAINTIFF NOW SUFFERS FROM: SEVERE HEADACHES, SEVERE DEPRESSION, BEING IN JAIL ON FALSE CHARGES/ LOSS OF FREEDOM. OTHER MENTAL INJURIES TO BE PROVED AT TRIAL.

COUNT ③ 1ST, 8TH & 14TH AMENDMENT/ CREUL AND UNUSUAL PUNISHMENT, DUE PROCESS ~~RETALIATION~~
  DEFENDANTS ARE SUED IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES
ON OR ABOUT DECEMBER _ 2007 DEFENDANT CHIEF HOWELL INSTRUCTED SGT. POWERS TO ORDER ME "STRIP SEARCHED" 3-4 TIMES A WEEK. WHICH HE DID, DEFENDANT POWERS WENT TOO FAR. HE EVEN ACTUALLY HAD MANY OF US ON H-3 SIT ON THE FLOOR (NAKED) BEFORE - AFTER DEFENDANTS HOLMES & HOWELL GAVE THE ORDER. I ALSO KNOW THAT DEFENDANT HOWELL INSTRUCTED MEDICAL STAFF TO IGNORE MY COMPLAINTS SAYING "HE'S A FAKE." ON OR ABOUT 1+8+08 I WAS STRIP SEARCHED (THIS 3RD TIME THAT WEEK) AND ORDERED TO "SIT ON THE FLOOR (NAKED) FOR 20-25 MINUTES BECAUSE DEFENDANTS HOWELL & POWERS WANTED TO GET ME TO "STOP FILING GRIEVANCES AND LAWSUITS." ONE DAY I WAS STRIPED NAKED THEN ORDERED TO "JUST SIT THERE" (SEE: EXHIBIT G -1+23+08 DEFENDANTS VIOLATED PLAINTIFFS CONSTITUTIONAL RIGHTS. WHEN THEY KNEW OR SHOULD HAVE

KNOWN THAT I'M SEVERE
IRREPARABLE INJURIES, AND DID SO MALICIOUSLY WITH THE INTENT TO
CAUSE HIM INJURY AND FOR NO PENOLOGICAL PURPOSE. AS A RESULT OF
THE DEFENDANTS VIOLATING HIS RIGHTS PLAINTIFF NOW SUFFERS FROM:
SEVERE HEADACHES, SEVERE DEPRESSION AND OTHER MENTAL INJURIES TO BE
PROVEN AT TRIAL. DEFENDANTS ARE SUED IN THE INDIVIDUAL CAPACITIES.

COUNT (4) RETALIATION, 14 AMENDMENT DUE PROCESS

ON JANUARY 23, 2008 DEFENDANTS: NURSE REYNOLDS, DR. ALI, DR. TING
SGT. HOWELL, CHIEF HOWELL AND SHERIFF TOM DART. ALL PARTICIPATED
IN THE CONSPIRACY TO VIOLATE PLAINTIFFS CONSTITUTIONAL RIGHTS. ALL
DEFENDANTS WERE INSTRUCTED ABOUT THESE MEDICAL PROBLEMS BUT ONLY
ALLOWED THE VIOLATIONS TO CONTINUE, AND ALL DEFENDANTS ARE SUED
IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES. ON THE ABOVE DATE
DEFENDANTS NURSE REYNOLDS VIOLATED MY RIGHTS WHEN I CAME TO THE
DISPENSARY (FINALLY) FOR BLOOD IN MY URINE AND A DISCHARGE SHE GOT TO
BE VERY HOSTILE, SAYING, LOUDLY "WHATS WRONG WITH YOU NOW?" I SAID "I
HAVE A PROBLEM" SHE YELLED WELL TELL ME WHAT THIS TIME" I STARTED TO
GET UP TO TELL HER SO THE (15 OTHER) GUYS THERE COULDN'T HERE MY MEDICAL
PROBLEM'S, SHE YELLED "I CAN HERE YOU FROM RIGHT THERE" THEN ADDED "AND
MAKE SURE YOU SPELL MY NAME RIGHT WHEN YOU SUE ME TOO." SHE FORCED ME
TO SAY OUT LOUD THAT I STILL HAD A DISCHARGE, BLOOD IN MY URINE AND SOME
SWELLING CAUSING THE OTHER DETAINEE'S TO LAUGH AT ME AND SAY THAT I
WAS HAVING SEX WITH OTHER MEN. CAUSING PROBLEM'S IN THIS JAIL.
PLAINTIFFS CONSTITUTIONAL RIGHTS WERE VIOLATED WHEN DEFENDANTS
KNEW OR SHOULD HAVE KNOWN THAT THEIR ACTIONS COULD OR WOULD
CAUSE HIM IRREPARABLE INJURIES. AND DID SO MALICIOUSLY WITH THE
INTENT TO CAUSE HIM INJURY. FOR NO PENOLOGICAL PURPOSE. AS A
RESULT OF DEFENDANT VIOLATIONS, PLAINTIFF SUFFERS FROM:
SEVERE DEPRESSION, SEVERE HEADACHES, BLOOD IN URINE, LOSS OF ERECTION,
BURNING WHILE URINATING. STOMACH PAINS. OTHER MENTAL INJURIES

COUNT ⑤ RETALIATION

AS A RESULT OF THESE COUNTS. DEFENDANTS HAS NOW STARTED INCREASING THEIR RETALIATION ie. MY INCOMING MAIL IS NOT GETTING TO ME, MY OUTGOING MAIL (SOMETIMES) MAKE IT. I'M NOT ALLOWED THE USE OF THE LAW LIBRARY TO MAKE COPIES. I HAVE TO TRUST OTHER GUYS TO DO IF FOR ME. THE LAW LIBRARY SAID "WE CAN'T HELP (YOU)" PLAINTIFFS RIGHTS WERE VIOLATED WHEN DEFENDANTS KNEW OR SHOULD HAVE KNOWN THAT THEIR ACTIONS COULD OR WOULD CAUSE PLAINTIFF IRREPARABLE INJURIES AND DID SO FOR NO PENOLOGICAL PURPOSE. AS A RESULT, PLAINTIFF SUFFERS FROM SEVERE DEPRESSION, SEVERE HEADACHES, OTHER MENTAL INJURIES TO BE PROVED AT TRIAL.

State briefly exactly what you want the court to do for you.  Make no legal arguments.
Cite no cases or statutes.

① $ 2.5 MILLION FOR COUNTS 2 AND 3 COMPENSENTORY DAMAGES

$ 500.000 PUNITIVE DAMAGES

② $ 4.2 MILLION FOR COUNTS 1 AND 4 COMPENSENTORY DAMAGES

$ 1.75 MILLION FOR PUNITIVE DAMAGES. AND ANY OTHER RELIEF

THE COURT DEEMS JUST AND EQUITABLE AT TRIAL

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this
Complaint are true to the best of my knowledge, information and
belief.  I understand that if this certification is not correct, I may be
subject to sanctions by the Court.

Signed this __7__ day of FEBUARY, 20 08

_____

(Signature of plaintiff or plaintiffs)

TYRONE OWENS
(Print name)

20070076179
(I.D. Number)

2750 S. CALIFORNIA
P.O. BOX # 089002
CHGO, IL. 60608
(Address)

8

Revised:  7/20/05

#14   PART – C

## C.C.D.O.C. DETAINEE GRIEVANCE FORM  PROCESSED AS A REQUEST

*Please Note :*
- *If the detainee is not satisfied with the response and/or attempt at resolving this issue, the detainee may resubmit the concern and it will be processed as a grievance.*
- *When processed as a request, an appeal of the response and/or action taken cannot be made.*
- *When processed as a request, PART-B is not applicable.*

**Detainee's Last Name:** OWENS      **First Name:** Tyrone

**ID#:** 2007 - 0076177  **Div:** 1  **Tier/LivingUnit:** H-3

**Date of Request:** 1 / 8 / 08      **Date C.R.W. Received Request:** 1 / 10 / 08

**This request has been processed by:** _Jewell_ **C.R.W.**

**Summary of Request:**
LAST SEEN BY MEDICAL — JAN 3, 08
REVIEW STRIP SEARCH PROCEDURE

**Response and/or Action Taken:**
AS NOTED ABOVE INMATE WAS SEEN BY MEDICAL PERSONAL ON 03 JAN 08.
STRIP SEARCHES ARE PERFORMED / CONDUCTED TO STOP THE INTRODUCTION OF
CONTRABAND INCLUDING WEAPONS AND/OR DRUGS. ALL STAFF WERE REMINDED
TO MAINTAIN PROFESSIONALISM AT ALL TIMES.

CHIEF D. HOWELL  —  Chief D. Howell     **Date:** 13 / JAN / 08 **Div./Dept.** 1
(Print- name of individual responding)    (Signature of individual responding)

( WHITE  COPY – PROG. SERV. CENTRAL OFFICE )    ( YELLOW  COPY – C.R.W. WEEKLY PACK )    ( PINK  COPY – DETAINEE )

Part – B / Control #: 2008 X 0135

## C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF A DETAINEE*

Detainee's Last Name: Owens      First Name: Tyrone      ID#: 207-0076179

Is This Grievance An **Emergency?**    YES ☐      NO ☒

C.R.W.'S Summary Of The Complaint: Detainee alleges unprofessional conduct by medical staff.

C.R.W. Referred Griev. To: Grievance      Date Referred: 01 / 25 / 08

Response Statement: Referred to Medical ? Patient Care Services

C. Smith                    (signature)                    Date: 1/29/08  Div./Dept. CHS
(print- name of individual responding to this griev.)    (signature of individual responding to this griev.)

U Norward S#184          (signature)                    Date: 30 Jan 08  Div./Dept. 1
(print - name of Supt./ Designee / Dept. Admin.)    (signature of Supt./ Designee / Dept. Admin.)

C. WARREN                (signature)                    Date: 1/29/08
(print - name of Prog. Serv. Admin./ Asst. Admin.)    (signature of Prog. Serv. Admin./ Asst. Admin.)

Date Detainee Received Response: 01 / 31 / 08    Detainee Signature: (signature)

## REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

Date Detainee Request For An Appeal: ____ /____ /____

Detainee's Basis For An Appeal: _____

Appeal Board's Acceptance Of Detainee's Request:    YES ☐      NO ☐

Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:

Appeal Board's Signatures / Dates:

Date Detainee Rec.'d the Appl. Bd.'s Response: ____/___/____  Detainee Signature:_____

GRIEVANCE CODE(S): (_____) (_____) (_____) (_____)

(WHITE COPY – PROG. SERV.)    (YELLOW COPY – C.R.W.)    (PINK COPY – DETAINEE)    (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

H $ 032 Part – B / Control #: 2007X 2499

## C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

Detainee's Last Name: _Owens_    First Name: _Tyrone_    ID# _2007 - 0076179_

Is This Grievance An **Emergency?**    YES ☐    NO ☑

C.R.W.'S Summary Of The Complaint: _Detainee Alleges officers are unprofessionally strip searching him_

C.R.W. Referred Griev. To: _Supt Div-1_    Date Referred: _12/18/07_

Response Statement: _ALL STAFF WERE REMINDED TO MAINTAIN PROFESSIONALISM AT ALL TIMES_

_CHIEF D. HOWELL_    _Chief D. Howell_    Date: _24/ DEC/ 07_    Div./Dept. _DIV_
(print- name of individual responding to this griev.)    (signature of individual responding to this griev.)

_____    _____    Date: _/ / _    Div./Dept. _____
(print - name of Supt. / Designee / Dept. Admin.)    (signature of Supt. / Designee / Dept. Admin.)

_____    _____    Date: _1 4 08_
(print - name of Prog. Serv. Admin./ Asst. Admin.)    (signature of Prog. Serv. Admin./ Asst. Admin.)

Date Detainee Received Response: _1 4 08_    Detainee Signature: _____

## REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

Date Detainee Request For An Appeal: ____/___/_____

Detainee's Basis For An Appeal: _____

Appeal Board's Acceptance Of Detainee's Request:    YES ☐    NO ☐

Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:

_____

Appeal Board's Signatures / Dates:

_____

Date Detainee Rec.'d the Appl. Bd.'s Response: ____/___/___    Detainee Signature: _____

GRIEVANCE CODE(S): (_____) (_____) (_____) (_____)

(WHITE COPY -- PROG. SERV.)    (YELLOW COPY – C.R.W.)    (PINK COPY – DETAINEE)    (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part-A / Control #: 2008 X 0125

Referred To: Cermak

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: OWENS     First Name: TYRONE

ID #: 2007-0070179 Div.: X   Living Unit: H-1   Date: 1/23/08

COUNT ①

BRIEF SUMMARY OF THE COMPLAINT: ON THE ABOVE DATE DR.ALI AND MS. REYNOLDS IGNORE MY HEALTH AND VIOLATED MY RIGHTS. I HAVE BLOOD IN MY URINE IT HAS BEEN OVER THREE MONTHS THAT I'VE HAD THAT AND A DISCHARGE. I'VE COMPLAINED OVER 5 TIMES. WHEN NURSE REYNOLDS (LOUDLY) YELLED "WHATS WRONG WITH YOU NOW? I SAID I HAVE A PROBLEM" SHE SAID "WELL, TELL ME WHAT THIS TIME" I STARTED TO GET UP TO TELL HER SO NOBODY ELSE WOULD KNOW WHAT MY MEDICAL PROBLEMS WERE BUT SHE STOPPED ME SAYING "I CAN HEAR FROM RIGHT WHERE YOU'RE AT. AND MAKE SURE YOU SPELL MY NAME RIGHT WHEN YOU SUE ME TOO" SHE MADE ME SAY THAT I HAD A DISCHARGE STILL AND BLOOD IN MY URINE WITH SWELLING" OTHER DETAINEES STARTED LAUGHING & IMPLYING THAT I WAS SEXING OTHER MEN IN JAIL. CAUSING ME

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

ACTION THAT YOU ARE REQUESTING:

DETAINEE SIGNATURE:

C.R.W.'S SIGNATURE:        DATE C.R.W. RECEIVED: 01/25/08

---

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.*
*All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

PROBLEMS INSIDE THE JAIL WITH OTHER DETAINERS

COUNT ⑫

SINCE I GOT HERE I'VE BEEN TRYING TO GET PROPER MEDICAL ATTENTION FOR AN INFECTION AND BLOOD IN MY URINE. I DO REMEMBER ASKING DR, ALI, "HEY DOCTOR, IF I DONT GET RID OF THIS INFECTION SOON WHAT COULD HAPPEN?" HE SAID WELL YOU DONT HAVE AN INFECTION, THERE'S NOTHING WRONG WITH YOU, JUST LIKE BEFORE, BUT IF YOU DID HAVE AN INFECTION FOR A LONG TIME, YOU COULD HAVE SCARRING IN YOUR (?) AND YOU WOULD LOSE THE ABILITY TO MAKE BABIES" THE DOCTOR WAITED OVER 90 DAYS TO CALL ME TO EVEN SEE HIM I WAS GIVEN THE WRONG MEDICATION TWICE TAKING ANOTHER 14 DAYS. NOW MY PROBLEM IS WORSE. I'M AFRAID NOW. WHEN I SAW DR, ALI TODAY IT'S BECAUSE C/O BROWN TOLD THE SGT. WHO SENT ME DOWN THERE, THATS WHEN DR, ALI STARTED PUTTING ME DOWN CALLING ME A LIAR AND A FAKER, SAYING "I DON'T SEE ANY BLOOD OR SWELLING, YOU MUST STOP LYING SO YOU CAN GET COLD PILLS AND PAIN PILLS. MR, OWENS, THERE'S NOTHING WRONG WITH YOU, JUST LIKE WHEN YOU WERE IN THE WHEEL-CHAIR FOR YEARS. AND I'M NOT GIVING YOU ANY DRUGS." IF THIS DOCTOR HAD DONE HIS JOBS MONTHS AGO, I WOULD NOT HAVE TO RISK NEVER "MAKING KIDS" ANYMORE AND I WOULDN'T HAVE TO ENDURE THE PAIN AND SUFFERING THAT I AM. I TOLD DR, ALI THAT I HAD BEEN TREATED WITH DOXYCYLENE TWICE ALREADY AND IT DIDN'T WORK YET HE GAVE ME MORE SAYING "TAKE IT THIS TIME, YOU CAN NOW YOU DON'T HAVE ANYTHING TO SMOKE THAT WILL STOP YOU." I TRULY BELIEVE HE WAS CALLING ME A "CRACK SMOKER" I NEED TO GO TO AN OUTSIDE HOSPITAL PAID FOR BY THIS DEPARTMENT.

MEDICAL
EMERGENCY

SeeN
JAN 3

Part-A / Control #: _____ X _____
Referred To: Sept DIV. 1
☑ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: OWENS          First Name: TYRONE

ID #: 2007-0076174 Div.: 1    Living Unit: H 3 Date: 1/8/ ___ /08

(COUNT 1.)

BRIEF SUMMARY OF THE COMPLAINT: I HAVE BLOOD IN MY URINE. I'VE MADE
OVER 10 REQUEST WRITTEN, AND MADE AS MUCH VERBAL COMPLAINTS TO
MEDICAL STAFF, C/O'S AND WHOEVER WOULD LISTEN, I HAVE HAD THIS PROBLEM SINCE
OCTOBER 2007, I STARTED THEN COMPLAINING. ONLY TO BE TOLD, WELL CALL YOU
WHENEVER WE CAN, YOU'RE ON THE LIST. THATS OVER THREE MONTHS WITHOUT MEDICAL
ATTENTION PROVIDED. (COUNT 2.) I HAVE BEEN REPEATEDLY BEEN FORCED TO BE
STRIPED/STRIP SEARCHED 2-3 TIMES WEEKLY BY DIVISION 1 C/O'S AND FORCED TO
SIT ON THE NASTY FLOOR (NAKED) FOR 20-25 MINUTES.
(COUNT 3) 14 AMENDMENT, 8TH AMENDMENT. CRUEL INHUSINE PUNI-HMENT, DUE PROCESS.
ON APPY 1/1/08 DIVISION 1 STAFF BEGIN TO INSTITUTE A FORM OF TORTURE AND
COMMIT ACTS OF CRUEL INHUSINE PUNISHMENT, WHEN THEY ORDERED H-3 ON LOCK DOWN.

JAMES JACKSON 2004

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

IMMEDIAT MEDICAL ATTENTION, ATTORNEY CALL DIRECT CALL.

ACTION THAT YOU ARE REQUESTING:

IMMEDIATE RELEASE FROM 23 B/1 STATUS.

## DETAINEE SIGNATURE:

C.R.W.'S SIGNATURE: _____    DATE C.R.W. RECEIVED: 1 / 10 / 08

Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.
All appeals must be made in writing and directly submitted to the Superintendent.

(WHITE COPY – PROG. SERV.)    (YELLOW COPY – C.R.W.)    (PINK COPY – DETAINEE)    (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

EMERGENCY ~DF

EXHIBIT G// - 23 - 08

Part-A / Control #: ___ X ___

Referred To: _____

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

tainee Last Name: OWENS    First Name: TYRONE

#: 2007-0076179 Div.: ___ Living Unit: H-1 Date: 1/23/08

COUNT ①

EF SUMMARY OF THE COMPLAINT: ON THE ABOVE DATE DR. ALI AND MS. REY-
-S IGNORE MY HEALTH AND VIOLATED MY RIGHTS. I HAVE BLOOD IN MY URINE
IS BEEN OVER THREE MONTHS THAT I'VE HAD THAT AND A DISCHARGE.
COMPLAINED OVER 5 TIMES. WHEN NURSE REYNOLDS (LOUDLY) ASKED WHAT'S
_G WITH YOU NOW? I SAID I HAVE A PROBLEM SHE SAID "WELL, TELL ME
T THIS TIME" I STARTED TO GET UP BETTER SO NOBODY ELSE WOULD KNOW
MY MEDICAL PROBLEMS WERE BUT SHE STOPED ME SAYING, "STAY HERE FROM
IT WHERE YOU'RE AT AND MAKE SURE YOU SPELL MY NAME RIGHT WHEN YOU SUE
__ SHE MADE ME SAY THAT I HAD A DISCHARGE STILL AND BLOOD IN
URINE WITH SWELLING" OTHER DETAINEES STARTED LAUGHING ?
YING THAT, I WAS SEEKING CONTRACTION IN JAIL, COULD IS ONE

E OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAI__
_____

ON THAT YOU ARE REQUESTING:
_____

V.'S SIGNATURE: _____    DATE C.R.W. RECEIVED: __ / __ / __

e-note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.
All appeals must be made in writing and directly submitted to the Superintendent.

'ROBLEMS INSIDE THE JAIL WITH OTHER DETAINEES

INT ②

SINCE I GOT HERE I'VE BEEN TRYING TO GET PROPER MEDICAL
TENTION FOR AN INFECTION AND BLOOD IN MY URINE. I DO REMEMBER
KING DR, ALI, "HEY DOCTOR, IF I DONT GET RID OF THIS INFECTION SOON
T COULD HAPPEN?" HE SAID "WELL YOU DONT HAVE AN INFECTION, THERE'S NOTHING
NG WITH YOU, JUST LIKE BEFORE. BUT IF YOU DID HAVE AN INFECTION FOR A
; TIME, YOU COULD HAVE SCARRING IN YOUR (? ) AND YOU WOULD LOSE
: ABILITY TO MAKE BABIES" THE DOCTOR WAITED OVER 90 DAYS TO CALL
TO EVEN SEE HIM I WAS GIVEN THE WRONG MEDICATION TWICE
ING ANOTHER 14 DAYS. NOW MY PROBLEM IS WORSE. I'M AFRAID NOW.
'EN I SAW DR, ALI TODAY IT'S BECAUSE C/O BROWN TOLD THE SGT.
' SENT ME DOWN THERE THAT'S WHEN DR. ALI STARTED PUTTING
DOWN CALLING ME A LIAR AND A FAKER. SAYING "I DON'T SEE ANY
'D OR SWELLING, YOU MUST STOP LYING SO YOU CAN GET COLD PILLS
PAIN PILLS. MR. OWENS, THERE'S NOTHING WRONG WITH YOU, JUST LIKE
N YOU WERE IN THE WHEEL-CHAIR FOR YEARS. AND I'M NOT GIVING
NY DRUGS." IF THIS DOCTOR HAD DONE HIS JOBS MONTHS AGO, I WOULD
HAVE TO RISK NEVER MAKING KIDS ANYMORE AND I WOULDN'T HAVE TO
IRE THE PAIN AND SUFFERING THAT I AM. I TOLD DR. ALI THAT I
BEEN TREATED WITH DIXYCLENE TWICE ALREADY AND IT DIDN'T WORK

'AS CALLING ME A "CRACK SMOKER" I NEED TO GO TO AN
SIDE HOSPITAL PAID FOR BY THIS DEPARTMENT.

Part – B / Control #: _____ X ___

## C.C.D.O.C.  DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

**Detainee's Last Name:** _____ **First Name:** _____ **ID#:** _____

**Is This Grievance An Emergency?**    YES ☐    NO ☒

**C.R.W.'S Summary Of The Complaint:** _____

_____

**C.R.W. Referred Griev. To:** _____    **Date Referred:** _01_/_15_/_08_

**Response Statement:** _____

_____

_____    _____   **Date:** _1/29/08_  **Div./Dept.** _____
(print - name of individual responding to this griev.)   (signature of individual responding to this griev.)

_____    _____   **Date:** _30 Jan 08_  **Div./Dept.** _1_
(print - name of Supt. / Designee / Dept. Admin.)   (signature of Supt. / Designee / Dept. Admin.)

____WARREN_____    _____   **Date:** _1/29/08_
(print - name of Prog. Serv. Admin./ Asst. Admin.)   (signature of Prog. Serv. Admin./ Asst. Admin.)

**Date Detainee Received Response:** ___/___/___  **Detainee Signature:** _____

## REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

**Date Detainee Request For An Appeal:** ___/___/___

**Detainee's Basis For An Appeal:** _____

_____

_____

**Appeal Board's Acceptance Of Detainee's Request:**    YES ☐    NO ☐

**Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:**

_____

_____

**Appeal Board's Sign** _____

**Date Detainee Rec.'d the Appl. Bd.'s Response:** ___/___/___ **Detainee Signature:** _____

GRIEVANCE CODE(S): (_____) (_____) (_____) (_____)

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

#14 PART – C

## C.C.D.O.C. DETAINEE GRIEVANCE FORM  PROCESSED AS A REQUEST

*Please Note :*
- *If the detainee is not satisfied with the response and/or attempt at resolving this issue, the detainee may resubmit the concern and it will be processed as a grievance.*
- *When processed as a request, an appeal of the response and/or action taken cannot be made.*
- *When processed as a request; PART-B is not applicable.*

Detainee's Last Name: OWENS   First Name: TYRONC

ID#: 2007-0076177   Div: 1   Tier/LivingUnit: H-3

Date of Request: 1, 8, 08   Date C.R.W. Received Request: 1, 10, 08

This request has been processed by: Jeniss M.   C.R.W.

Summary of Request:

LAST SEEN BY MEDICAL — JAN 3 08)
REVIEW STRIP SEARCH PROCEDURE.

Response and/or Action Taken:

AS NOTED ABOVE INMATE WAS SEEN BY MEDICAL PERSONAL ON 03 JAN 08.
STRIP SEARCHES ARE PERFORMED / CONDUCTED TO STOP THE INTRODUCTION OF
CONTRABAND INCLUDING WEAPONS AND/OR DRUGS, ALL STAFF WERE REMINDED
TO MAINTAIN PROFESSIONALISM AT ALL TIMES.

HILF D. HOWELL   (Signature of individual responding)   Date: 13/JAN 08   Div./Dept. 1
(Print name of individual responding)

H-8 03-14

Part – B / Control # _2007X 2499_

## C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

Detainee's Last Name: _Owens_    First Name: _Tyrone_    ID#: _2007-003 6129_

Is This Grievance An **Emergency**?    YES ☐    NO ☑

C.R.W.'S Summary Of The Complaint: _Detainee Alleges Officer_
_unprofessionally strip searching him_

C.R.W. Referred Griev. To: _Supt. Div-1_    Date Referred: _12/18/07_

Response Statement: _ALL STAFF WERE REMINDED TO MAINTAIN PROFESSIONALISM_
_AT ALL TIMES_

_CHIEF D. HOWELL_ – _Chief D. Howell_    Date: _24/DEC/07_ Div./Dept. _DIV_
(print- name of individual responding to this griev.)    (signature of individual responding to this griev.)

_____ – _____    Date: __/__/__ Div./Dept. _____
(print - name of Supt. / Designee / Dept. Admin.)    (signature of Supt. / Designee / Dept. Admin.)

_____ – _____    Date: _1/14/08_
(print - name of Prog. Serv. Admin./ Asst. Admin.)    (signature of Prog. Serv. Admin./ Asst. Admin.)

Date Detainee Received Response: _1/4/08_ Detainee Signature: _____

## REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

*Date Detainee Request For An Appeal:* ___/___/___

*Detainee's Basis For An Appeal:* _____

*Appeal Board's Acceptance Of Detainee's Request:*    YES ☐    NO ☐

*Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:* _____

*Appeal Board's Signatures / Dates:* _____

Date Detainee Rec'd the Appl. Bd.'s Response: ___/___/___ Detainee Signature: _____

GRIEVANCE CODE(S): (___) (___) (___) (___)

(WHITE COPY – PROG. SERV.)    (YELLOW COPY – C.R.W.)    (PINK COPY – DETAINEE)    (GOLDENROD COPY – DIVISION/SUPT. OFFICE)