**PRISONER CASE** 



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## Civil Cover Sheet

**Plaintiff(s):** TYRONE OWENS  **Defendant(s):** DR. ALI, et al.

**County of Residence:** COOK  **County of Residence:**

**Plaintiff's Address:**  **Defendant's Attorney:**

Tyrone Owens
#2007-0076179
Cook County Jail
P.O. Box 089002
Chicago, IL 60608

**FILED**
MAR 03 2008
MAR - 3 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

**08CV1330**
**JUDGE HOLDERMAN**
**MAG. JUDGE ASHMAN**

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison Condition

**Cause of Action:** 42:1983pr

**Jury Demand:** ☐ Yes ☑ No

**Signature:** M. Burke  **Date:** 3/5/08

Holderman
Ashman   07 C 6800