*MHW*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

# RECEIVED

APR 29 2008 *aew*
APR 29 2008
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

TYRONE OWENS

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Case No: ~~08~~ **08**-C-1330

(To be supplied by the Clerk of this Court)

DOCTOR ALI ✓ @ DIV 1

DOCTOR EDWARDS ✓ @ DIV 1

NURSE MOORE @ DIV. 1

NURSE JUDY @ CERMAK

SHERIFF TOM DART ✓
TONY GORDINEZ
DIRECTOR ~~REMOVED~~

(Enter above the full name of ALL
defendants in this action.  Do not
use "et al.")

**SUPPLEMENTAL COMPLAINT**

CHECK ONE ONLY:

**SUPPLEMENTAL COMPLAINT**

✓ _____ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____ OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

**I.**    **Plaintiff(s):**

    **A.**    Name: _____

    **B.**    List all aliases: _____

    **C.**    Prisoner identification number: _____

    **D.**    Place of present confinement: _____

    **E.**    Address: _____

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II.**    **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

    **A.**    Defendant: DOCTOR "D" @ DIVISION 8

        Title: MEDICAL DOCTOR @ DIV.8

        Place of Employment: COOK CO. JAIL

    **B.**    Defendant: DR.

        Title: SGT. GUINTA

        Place of Employment: COOK CO. JAIL

    **C.**    Defendant: C/O GUINTA

        Title: CORRECTIONAL OFFICER

        Place of Employment: COOK COUNTY JAIL

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

<u>ADDITIONAL DEFENDANTS</u>

D. NURSE WATSON @ DIV 8 RTU                    K. SUPT. ANDERSON

NURSE @                                        SUPT @ DIV. 1
  COOK CO. JAIL @ DIV8 RTU                     COOK CO. JAIL

E. NURSE JANE DOE @ DIV 8 RTU 3-3 SHIFT L.

NURSE
COOK CO. JAIL @ DIV 8 RTU 7-3

F. NURSE JANE DOE                              M.

NURSE
COOK CO. JAIL @ DIV 8 RTU   7-3

G. DOCTOR "U" @ CERMAK 3-11 SHIFT              N.

H. DR. DUNLAP                                  O.
  DOCTOR @ DIV. 10
  COOK CO. JAIL

II. LT. PRAH                                   P.
   CORRECTIONAL OFFICER @ DIV. 7
   COOK CO. JAIL

J. SUPERINTENDANT HOLMES                       Q.
   SUPERINTENDANT @ CCJ
   COOK CO. JAIL

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

**A.** Name of case and docket number: TYRONE OWENS V. BURTON et al 01-C-6579

**B.** Approximate date of filing lawsuit: 2000

**C.** List all plaintiffs (if you had co-plaintiffs), including any aliases: C/O ERROR T.O BURTON COLLINS, TIMMS, BUTLER AND ACEVEDO

**D.** List all defendants: C/Oˢ WALKER, TIMMS, BURTON, COLLINS, & ACEVEDO

**E.** Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): NORTHERN DISTRICT, ILLINOIS

**F.** Name of judge to whom case was assigned: JAMES F. HOLDERMAN MAGISTRATE JUDGE MARTIN C. ASHMAN

**G.** Basic claim made: 4TH 8TH, 14 AMENDMENT VIOLATIONS

**H.** Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): SETTLED, I WAS SCARED OF THE DEFENDANTS SITTING BEHIND ME.

**I.** Approximate date of disposition: 2004

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Revised 9/2007

ADDITIONAL LAW SUITS

OWENS V. COOK CO. JAIL et.al.   01 C 7534

| 2000 | OWENS V. SHEEHAN 03-C-C 01702 |
|------|-------------------------------|
| C ? | |
|   NORTHERN DISTRICT | |
| JAMES P. HOLDERMAN | |
| 14TH AMENDMENT | |
|   ?   DISMISSED | |
| OWENS V. SHEEHAN 01-C-6410 | |
|   2001 | |
|    ? | |
|    O | |
| | |
| OWENS V. STATEVILLE 04-C-00852 | |

IV.    **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

COUNT ①. DELIBERATE INDIFFERENCE, *8/AMENDMENT* CRUEL AND UNUSUAL PUNISHMENT, RETALIATION ON 2/21/08 I WAS BEATEN, STOMPPED AND BEAT WITH POOL BALLS. C/O's AND OTHER DEFENDANTS KNEW THE ATTACK WAS IMMINENT AND WAS SPECIFICALLY TOLD ABOUT IT BEFORE AND EVEN WHILE BEING BEATEN ONE OR MORE DEFENDANT C/O's JOHN DOE & JOHN DOE. INTENTIONALLY LEFT THE REC. ROOM WHERE I WAS BEING BEATEN, TO ALLOW THEM TO FINISH ME OFF. I BEGAN FILING GRIEVANCES AND SPEAKING TO SUPERINTENDANT ANDERSON SGT's AND DEFENDANT LT. PRAH. LT. PRAH ONLY FORCED ME TO RETURN TO THE ATTACKERS AND SUPT. ANDERSON ORDERED ME PLACED IN SEGREGATION FOR 0 DAYS. YET ON THE INTERNAL AFFAIRS REPORT, IT READS "R/O NOTICED HIM LAYING IN A POOL OF BLOOD" I WOKE UP @ STROGER HOSPETAL AND DIDN'T EVEN KNOW THAT I HAD BEEN ATTACKED. I WAS PLACED IN SEG. TO RETALIATE AND TORTURE. ①ME/BECAUSE DEFENDANT ①SUPT. HOLMES THINKS I'm GUILTY OF A CHARGE THAT TASHA LEE/HIS REALATIVE ACCUSED ME OF. HE SPOKE TO ANDERSON, PRAH & OTHERS TO PAY ME BACK. TASHA IS ONE OF MY EMPLOYEE/STRIPPERS AND CONTRACTED WITH "TWIN ENTERPRISES" AFTER THE VISCIOUS BEATINGS I HAVE BEEN UNABLE TO WALK PROPERLY, HAVE A BLOW-OUT FRAXTURE -RGT. EYE *ORBIT* SOCKET FRAXTURE LEFT ORBIT AND BROKEN NOSE PLUS VERY SEVERE BACK AND KNEE INJURIES. DEFENDANTS DR. EDWARDS, DR. ALI, NURSE MOORE AND NURSE JUDY REFUSED TO GIVE ME MEDICAL TREATMENT. THEY ONLY YELLED AT ME AND LIED ON ME SAYING "HE'S LYING, HE'S JUST TRYING TO SUE SOMEBODY AND GET OUT OF OUR DIVISION. THE DEFENDANTS ARE SUED IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES. DEFENDANTS KNEW OR SHOULD HAVE KNOWN THAT THEIR ACTIONS COULD OR WOULD CAUSE ME IRREPARABLE INJURIES AND DID SO

Revised 9/2007

MILICIOUSLY AND INTENTIONALLY TO CAUSE HIM PAIN, FOR NO PENOLOGICAL PURPOSE. AS A RESULT OF THEIR ACTIONS PLAINTIFF SUFFERS FROM, MULTIPLE FRACTURES IN HIS FACE, BROKEN NOSE AND BACK AND KNEE INJURIES, SEVERE HEADACHES, SEVERE DEPRESSION AND SEVERE MUSCLE SPASMNS. SEE: EXHIBIT G-3-12-08

---

COUNT ② DELIBERATE INDIFFERENCE, 8TH AMENDMENT & RETALIATION & 14TH AMENDMENT.
ON 3-12-08 I FINALLY WAS ALLOWED @ THE DISPENSARY TO SEE A DOCTOR PER. A COURT ORDER FROM CIRCUIT JUDGE KENNETH WADIS. WHEN I GOT THERE I BEGAN TELLING DR. EDWARDS THAT I STILL HAD A BAD INFECTION (5 mos. NOW) BECAUSE DR. ALI KEPT INTENTIONALLY GIVING ME THE WRONG MEDICATION. IT CAUSED BLOOD IN MY URINE AND EXTREME STOMACH ACHES AND DISCOMFORT. WHILE TALKING DR. ALI WALKED IN AND LIED SAYING "MR. OWENS IS A CHRONIC CRY BABY, I GOT HIM SCHEDUALED FOR STROGER CLINIC. I HAVE'NT HAD MY NECESSARY SURGERIES YET (5 mos. NOW) WHILE TELLING DR. E. JARDS THAT DR. ALI IS LYING TO HIM, NS. MOORE WALKED IN AND STARTED LOUDLY READING ONE OF THE GREEVANCES I HAD FILED. I KINDLY ASKED HER TO STOP YELLING TELLING HIM THAT "HE'S LYING, HE'S JUST TRYING TO SUE SOMEBODY WITH HIS FAKE ASS. I ASKED HER "PLEASE LET ME TELL THE DOCTOR MY MEDICAL PROBLEMS" SHE SAID "I'M READING THEM AND IT'S BULLSHIT. SHE INSISTED: "I'M GONNA REMEMBER THIS", ALSO SAYING; "AS LONG AS I'M HERE YOU WONT GET SHIT." THEN DR. EDWARDS STARTED YELLING SAYING "YOU'RE WAISTING MY TIME WITH YOUR SHIT, WE'VE DONE A MILLION DOLLARS WORK ON YOU. STOP FUCKING WITH MY TIME. PLAINTIFF WILL TAKE A POLYGRAPH TEST AND PAY FOR IT, TO PROVE ALL OF THIS COMPLAINT IS 100% TRUTH. I SWEAR TO IT. I TRIED TO TELL HIM 3 TIMES THAT DUE TO THE VICIOUS BEATING I TOOK THAT I CANT WALK UP & DOWN STAIRS AND WALK LONG DISTANCES. HE SAID GET THE FUCK OUT OF HERE. AND TOLD THE C/O TO REMOVE ME. AND THEY SUCESSFULLY DENIED ME MEDICAL CARE. THE DEFENDANTS ARE SUED IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES. DEFENDANTS VIOLATED PLAINTIFFS RIGHTS WHEN THEY KNEW OR SHOULD HAVE KNOWN THAT THEIR ACTIONS COULD OR WOULD CAUSE HIM IRREPARABLE INJURY, AND DID SO UNDER COLOR OF LAW MALICIOUSLY AND INTENTIONALLY FOR NO PENOLOGICAL PURPOSE, ONLY TO CAUSE HIM PAIN. AS A RESULT OF DEFENDANTS ACTIONS PLAINTIFF SUFFERS FROM FRACTURES HEALED WRONG, BLOOD IN HIS URINE, POSSIBLE SCARRING IN HIS PENIS AND NOW INABILITY TO PRODUCE CHILDREN. SEVERE HEADACHES, SEVERE DEPRESSION,

& SEE; EXHIBIT G 3-12-08                    4-A

IN APPX. 4:02 OR WHILE RETURNING FROM COURT/CERMAK I FELL DOWN A HALF A FLIGHT OF STAIRS. AS IN COUNT ② I INFORMED MEDECAL STAFF AND SECURITY, THAT DUE TO MY VISIOUS ATTACK I TOOK I COULD'NT CLIMB STAIRS YET NS. MOORE, DR. ALI, DR. EDWARDS, DR. "LI" @ CERMAK, DR. DUNLAP AND NURSE JANE DOE AND LT. PRAH, DR. ? JOHN DOE. DEFENDANTS GUINTA AND SGT. GUINTA EVEN PHYSICALLY TOOK MY WALKER THAT WAS GIVEN TO ME BY DR. TING (AND MADE ME HE IS TO BE REMOVED FROM DEFENDANTS LIST TO THE WITNESS LIST WITH KEITH WILCOX 200400? KAMAC MATHES 2008009218? FORCED ME TO CLIMB THEM THEN DR "LI" CONSPIRED WITH NS. MOORE AND SGT. MALABERTI TO FORÐGE A PRESCRIPTION AND PRETEND THAT A DR. SAID "HE DOES NOT NEED A WALKER" ONLY 3 DAYS AFTER THE FALL DOWN THE FLIGHT OF STAIRS. NS. MOORE INSTRUCTED NURSES @ CERMAK TO "IGNORE HIM AND SEND HIS ASS BACK TO DIV. 1 WHERE HE HAS TO SEE ME, I GOT HIS LYING ASS". SHE AND DR. ALI, EDWARDS, "LI"orLI AND LT. PRAH HAS RUINED ANY CHANCE OF HIM RECEIVING TRUE MEDICAL CARE BY SPREADING LIES AND SHOWING OTHERS HOW TO MISTREAT ME BY DOING SO THEMSELVES. DAYS LATER (NOT THE DOCTOR BUT SGT. GUINTA AND HIS BROTHER C/O GUINTA PHYSICALLY TOOK AWAY MY WALKER FORCING ME TO EDURE SEVERE PAIN, ④ I WAS NEVER SUPPOSED TO USE STAIRS, ⑧ NEVER SUPPOSED TO WALK LONG DISTANCES AND © NEVER APPROVED TO TAKE MY WALKER. DEFENDANTS ARE SUED IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES AFTER I INSTRUCTED INFORMED TO m DART AND SHEREFE DIRECTOR TONY GORDENEZ. DEFENDANTS KNEW OR SHOULD HAVE KNOWN THAT THEIR ACTIONS COULD OR WOULD CAUSE HIM IRREPARABLE INJURY AND DID SO UNDER THE COLOR OF LAW MALISCIOUSLY AND INTENTIONALLY FOR NO PENOLOGICAL PURPOSE. AS A RESULT PLAINTIFF SUFFERS SEVERE AND CHRONIC BACK INJURY AND PAIN, SEVERE HEADACHES, SEVERE DEPRESSION AND WILL INCURE LARGE MEDEQAL BILLS FOR YEARS TO COME.

V.    **Relief:**

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

PLEASE PUNISH THESE DOCTORS, NURSES AND SECURSITY STAFF FOR ABUSE HOLMES FOR CREATING A BOGUS CASE. $1.750.000 COMPENSENTORY DAMAGES AND $3.25 MILLION PUNITIVE DAMAGES. COURT COST MEDICAL BILLS PAID FOR 10 YEARS  10 YEARS PAID PHYSICAL THERAPY. ANY OTHER RELIEF THIS COURT DEEMS JUST AND EQUITABLE

VI.    The plaintiff demands that the case be tried by a jury.    ☑ YES    ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this  12  day of  APRIL , 20 08

_____
(Signature of plaintiff or plaintiffs)

    TYRONE OWENS
_____
(Print name)

    20070076179
_____
(I.D. Number)

    P.O. BOX #089002 CHGO, IL. 60608
OR  542 N. HOMAN
_____
(Address)

6

EMERGENCY!

EXHIBIT 4 3-12-08

Part-A / Control #: _____ X _____

Referred To: _____

☑ Processed as a request.

## COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: **OWENS**          First Name: **TYRONE**

ID #: **207-076179**   Div.: **1**   Living Unit: **H4**   Date: **3/12/08**

BRIEF SUMMARY OF THE COMPLAINT: ON 3+21+ OR 3+20 2008 I WAS
BEATEN, VERY BAD, WHEN C/O'S INFORMED 4-6 MEN THAT THEY COULD DO
SO. WHILE SHOOTING POOL, 4-6 INMATES BEAT, KICKED AND STOMPED ME
IN THE REC. ROOM, TRYING TO KILL ME. I DIDN'T KNOW WHY. I NOW
HAVE A BLOW OUT FRACTURE OF MY RIGHT ORBIT, FRACTURED LEFT ORBIT, AND
A GROTESTLY BROKEN NOSE - SURGERY IS REQUIRED. DEFENDANTS KNEW
THESE THINGS DAYS IN ADVANCE, A MAN I (USED TO) RESPECT KNEW
ABOUT THE VICIOUS BEATING, YET HE ALLOWED ME TO BE PLACED BACK
IN HARM'S WAY PULLING FOR PUTTING ME IN THE HOLE. I DON'T EVEN
KNOW WHO JUMPED ME (WAS UNCONSCIOUS) IN A REPORT SAID "RN
NOTICED OWENS LAYING IN A POOL OF BLOOD (UNCONSCIOUS). SO NOW
ANOTHER CELL #6 11-1 ON 2+20+08 HELP, HELP, EMERGENCY

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
IMMEDIATE TRANSFER TO MEDICAL DIV. 8 @ MEDICAL CARE IMMEDIATELY

ACTION THAT YOU ARE REQUESTING: _____

_____

## DETAINEE SIGNATURE: _Tyrone Owens_

C.R.W.'S SIGNATURE: _____   DATE C.R.W. RECEIVED: **3/12/08**

---

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.*
*All appeals must be made in writing and directly submitted to the Superintendent.*

AND WHY DID SUPT. ANDERSON TELL ME THAT I DID
FIGHT. HE LISTENED TO LIES AND BECAUSE A (WOMAN)
TALKED TO HIM HE FORGOT TO (THINK) HE ACTED VERY
SLOW AND DENSE. HE BELIEVED A LIE OVER CONCRETE EVI-
DENCE. ONE 130 LB YOUNG KID TOLD HIM THAT HE "ALONE"
BEAT ME (A 250 LB 46 YR OLD MAN) HALF TO DEATH. LIES!

BUT BEING EASILY INFLUENCED AND I BELIEVE, COERCED BY
SUPT. HOLMES HE APPROVED FURTHER CRUEL AND UNUSUAL PUNISH-
MENT AGAINST ME. @ PLACING ME BACK IN DIVISION 1. ⓑ PUTTING
ME IN THE HOLE FOR GETTING BEATEN BY 4-6 INMATES.
ⓒ PLACING AND ALLOWING LT. PRAH TO PUT ME BACK ON THE
SAME/EXACT TIER I GOT JUMPED ON. ⓓ MAKING ME EDURE
CONSTANT PAIN AND NO MEDICAL CARE. ⓔ PLACING/HOUSING ME
AS PRE-TRIAL DETAINEE (INJURED) ON THE 4TH FLOOR AND FORCED TO
WALK UP AND DOWN STAIRS. WITH SEVERE BACK INJURIES.
   SUPT. ANDERSON KNEW OR SHOULD HAVE KNOWN THAT HIS
ACTIONS AND NON-ACTIONS COULD OR WOULD CAUSE ME SEVERE
IRREPAIRABLE INJURIES. HE DID SO MALICIOUSLY AND INTENTIONALL
FOR NO PENOLOGICAL PURPOSE.

> THIS IS A **LEGAL** DOCUMENT
> PLEASE COPY CLEARLY!

COUNT 2
   AFTER THE VICIOUS BEATING, I WAS SCEDUALED FOR ⓐ
SURGERIES @ CCH/STROGER. YET DUE TO CONTINUED RETALIATION
I WAS NOT AND STILL AM NOT ALLOWED (ANY) MEDICAL
TREATMENT. SUPT. ANDERSON, LT. PRAH, DR. ALI AND STAFF @
DIV. 1 B-9 & CERMAK REFUSES ME MEDICAL ATTENTION. EVEN
IGNORING MY JUDGES "COURT ORDER" TO SEND ME TO THE
                                    AS I WAS TOLD "HERE'S SOME ASPRIN

I ALREADY (BELIEVE) THAT THIS GRIEVANCE WELL NOT ET TREATED AS AN "EMERGENCY", EVEN THOUGH IT IS, AND I ELIEVE IT WILL BE DENIED BY SUPT. ANDERSON. UNLESS E'S SPOKEN TO I AD AND LEARNED THAT HE WAS JUKED BY A COUPLE OF UNEDUCATED DRUG USERS. I A D KNOWS ART OF THE TRUTH NOW. HE SHOULD HAVE USED "COMMON ENSE" HE LOST HIS. BUT HOW LONG WILL THAT LAST.

COUNT③ DELIBERATE INDIFFERENCE.

I HAVE REPEATEDLY BE DENIED MEDICAL TREATMENT BY DISPENSARY STAFF. SO THIS IS "EXHASTING" MY ⁴ADMINISTRATIVE REMEDIES. I DONT WANT TO FICE SUIT ON SOMEONE I (USED TO) IDOLIZE. BUT I AM NOT GOING TO RELINGUISH MY RIGHTS AS A "PRE TRIAL DETAINEE! THIS IS ALSO A REQUEST TO BE PLACED IN CERMAK OR IN DIVISION8AND REQUEST TO GIVE ME BACK MY WALKER.

   I CANT WALK WELL (ATALL).

                         RESPECTFULLY SUBMITTED

                              TYRONE OWENS

TYRONE OWENS
BOX #C89002
CHGO, ILL. 60608

  STATE OF ILLINOIS)
                   )
COUNTY OF COOK   )


          VERIFICATION BY CERTIFICATE

PLEASE COPY CLEARLY

LEGAL DOCUMENT

EMERGENCY

EXHIBIT GtSTP.400
Part-A / Control #: 5WX0511

Referred To: IAD

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: OWENS    First Name: TYRONE

ID #: 2007-0076179 Div.: 1    Living Unit: E 3 Date: 3/18/08

BRIEF SUMMARY OF THE COMPLAINT: COUNT ① CONSPIRACY ON OR ABOUT 2/20 OR 2/21 I WAS SEVERELY BEATEN. WHEN C/O'S INFORMED 4-6 DETAINEE'S THAT THEY 'OULD BEAT ME WITHOUT ANY PROBLEMS. ONE GUY (NAME WITHELD UNTIL TRIAL) SPECIFICHLLY TOLD ME THAT: "THEY (4 GUYS) STOMPPED YOU, BEAT 'OU, JUMPPED UP AND DOWN ON YOU AND HIT YOU WITH POOL BALLS. IN THE REC. ROOM. TRYING TO KILL ME. I DID'NT KNOW WHY. I NOW HAVE A BLOW OUT FRACTURE IN MY RIGHT EYE. A MAN I KNOW IN A VERY HIGH POSITION @ DIV. 1, KNEW ABOUT THE VICISIOUS ATTACKS YET HE ALLOWED ME TO ENDURE REPEATED RETALIATIONS FROM SHIFT STAFF. ACCORDING TO AN IAD REPORT, R/O FOUND OWENS LAYING IN A POOL OF HIS BLOOD. (UNCONSCIOUS). SO HOW SANCHEZ CELL 6 DIV 1 #H-1 ON 2/24/08. ATTORNEY MIKE MORRISEY.

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

ACTION THAT YOU ARE REQUESTING:
IMMEDIATE TRANSFER TO MEDICAL DIVISION, IMPARTIAL MEDICAL CARE

## DETAINEE SIGNATURE:

C.R.W.'S SIGNATURE: _____    DATE C.R.W. RECEIVED: 3.20.08

Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.

(WHITE COPY – PROG. SERV.)    (YELLOW COPY – C.R.W.)    (PINK COPY – DETAINEE)    (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

AND WHY DID SUPT. ANDERSON. ACCUSE ME OF "FIGHTING"
HE ACTED VERY BIASED AND UNSURE HE BELIEVED A LIE OVER
CONCRETE EVIDENCE.

I BELIEVE THAT HE WAS COERCED BY SUPT. HOLMES TO GIVE
ME PROBLEMS. THEN MORE RETALIATION, HE EVEN TOLD ME THAT
A 130LB 25 YR. OLD BOY JUMPED ME ("BY HIMSELF") CAUSING ME ALL OF
THESE FRACTURES AND INJURIES. I AM A 45 YR. OLD (HEALTHY)
MAN @ 250 POUNDS A 120LB DIFFERENCE. YET HE ALLOWED
ME. PUT IN SEG. AFTER IT WAS PROVED THAT I GOT KNOCKED
UNCONSCIOUS AND DIDN'T WAKE UP UNTIL @ STROGER.

EMERGENCY!

EXHIBIT G, 3/18+08

Part-A / Control #: OCC X @112 0512

Referred To: CERMAK

☐ Processed as a request.

---

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

---

Detainee Last Name: OWENS    First Name: TYRONE

ID #: 2007-0074179    Div.: 1    Living Unit: E-3    Date: 3/18/08

COUNT @ DELIBERATE INDIFFERANCE

BRIEF SUMMARY OF THE COMPLAINT: ON THE ABOVE DATE I WAS FORCED TO ENDURE SEVERE PAIN AND DENIED PROFESSIONAL MEDICAL CARE WHEN I WAS FINALLY TAKEN TO "SICK CALL" AFTER ALMOST A MONTH OF HAVING MY NAME TAKEN OFF THE SICK CALL LIST BY PARAMEDICS @ RCDC & IN DIV. 9 DISPENSARY THEN DIV. 1 BY PARAMEDICS SUCH EN BOND, MOORE. TODAY PARAMEDIC MOORE AND DEFENDANT DR. ALI & DR. EDWARDS (I THINK ITS ITS NAME) VIOLATED MY RIGHTS WHEN. I WENT TO SEE THE DR. SHE YELLED "AINT NOTHING WRONG WITH MR. OWENS HE'S FULL OF SHIT." SHE CAME INTO THE EXAMINATION ROOM YELLING AND NOT ALLOWING ME TO TELL THE DOCTOR MY MEDICAL NEEDS. I ASKED (VERY NICELY) "PLEASE LET ME TALK TO THE DR. ALONE. SHE JUST KEPT LOUDLY READING A GRIEVANCE I HAD WRITTEN BEFORE

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

DETAINEES FROM G-1 AND OTHERS @ SICK CALL SAME TIME AS ME

ACTION THAT YOU ARE REQUESTING:

FIRE NURSE MOORE AND DR. ALI & DR. ? DIV 1 SICK CALL ABOVE DATE

**DETAINEE SIGNATURE:**

I SWEAR!

C.R.W.'S SIGNATURE: Bull    DATE C.R.W. RECEIVED: 3/20/08

---

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)    (YELLOW COPY – C.R.W.)    (PINK COPY – DETAINEE)    (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

THEN DR. ALI WALKED IN (HE WAS FIRST) HE SAID TO THE
OTHER DR. "MR. OWENS ALWAYS COMPLAINS AND CRIES ALL
THE TIME. I GOT HIM SCHEDUALED FOR STROGER CLINIC,"
(THIS AFTER OVER 3 WEEKS OF REFUSAL BY THEM) HE TOLD DR. ?
THAT "NOTHING IS WRONG WITH MR. OWENS". BOTH HE AND
NURSE MOORE TOLD THE DOCTOR TO "SEND HIM BACK UPSTAIRS
BEFORE HE SUE YOU TOO". THEN AS I BEGAN TELLIN HIM THAT
I'M STILL HAVING A BURNING IN MY URINE BECAUSE DRACI
KEEPS GIVING ME THE WRONG MEDICATION (INTENTIONALLY)
I TOLD HIM I HAVE BLOOD IN MY URINE SOMETIMES. HE
STARTED CURSING AND YELLING. "YOUR BULLSHIT IS WAISTING
MY TIME. WE'VE DONE A MILLION DOLLARS OF WORK ON YOU.
STOP FUCKING WITH MY TIME". I SWEAR TO GOD THAT
THEY DID WHAT I AM WRITING. I'LL TAKE A POLY-
GRAPH TEST. PLEASE LET ME PROVE THIS.
JUST. GIVE ME A CHANCE TO PROVE THAT I HAVE HAD MY
MEDICAL NEEDS IGNORED BECAUSE I'VE FILED GRIEVANCES
AND LAWSUITS. AS I ASKED NS. MOORE TO PLEASE STOP LYING
ON ME SHE INSISTED. I'M GONNA REMEMBER THIS DAMN
GRIEVANCE AND I WILL LET EVERYONE KNOW THAT YOU ARE
FAKING INJURIES TO SUE SOMEBODY. AND BE CAREFUL WHAT
YOU DO AND SAY. I'LL TAKE A POLYGRAPH! I BET THEY
WONT. (AT LEAST CHECK FOR THE TRUTH. NOT ALL STAFF TELLS
THE TRUTH. AND AS LONG AS SHE/THEY THINK THEY WONT GET
REPRIMANDED/FIRED OR ARRESTED, IF THEY THINK THEY'RE
ABOVE THE LAW AND THAT WE ALL ARE CONSIDERED A
"LIE" THEY WONT STOP UNTIL SOMEONE ELSE DIES FROM
THEIR NEGLECT AND DELIBERATE INDIFFERENCE.

Pg 3 of 3



I HAVE PAIN IN MY BACK. AND CAN'T WALK UP STAIRS.
THEY SAID. I DON'T SHIT WRONG WITH YOU. NOW GET
OUT."

PART – C

## C.C.D.O.C. DETAINEE GRIEVANCE FORM PROCESSED AS A REQUEST

*Please Note :*

- *If the detainee is not satisfied with the response and or attempt at resolving this issue, the detainee may resubmit the concern and it will be processed as a grievance.*
- *When processed as a request, an appeal of the response and/or action taken cannot be made.*
- *When processed as a request, PART-B is not applicable.*

Detainee's Last Name: **OWENS**        First Name: **TyRone**

ID#: **2007 - 0076179**   Div: **1**   Tier/LivingUnit: **E3**

Date of Request: **3 / 12 / 08**        Date C.R.W. Received Request: **3 / 18 / 08**

This request has been processed by: _____ **Bell** _____ C.R.W.

*Summary of Request:*

Detainee has a number of issues Pertaing to IAD, Health, Safety, & Current Housing Status on 1 grievance also Non Signature on grievance

*Response and/or Action Taken:*

Detainee was informed to put each issue on a separate Grievance Form for processing & Make Sure that all grievances are Signed by Detainee.

**V. Bell**                **V/Bell**        Date: **3/18/08** Div./Dept. **1**
(Print name of individual responding)   (Signature of individual responding)

PART – C

## C.C.D.O.C. DETAINEE GRIEVANCE FORM PROCESSED AS A REQUEST

*Please Note :*

- *If the detainee is not satisfied with the response and/or attempt at resolving this issue, the detainee may resubmit the concern and it will be processed as a grievance.*
- *When processed as a request, an appeal of the response and/or action taken cannot be made.*
- *When processed as a request, PART-B is not applicable.*

**Detainee's Last Name:** Owens     **First Name:** Tyrone

**ID#:** 201-0076799    **Div:** 1    **Tier/LivingUnit:** E3

**Date of Request:** 3 13 08    **Date C.R.W. Received Request:** 3 18 08

**This request has been processed by:** Bell  **C.R.W.**

**Summary of Request:**

Detainee has a number of grievances Pertaining
to IAD Health, Safety, & Current Housing Status
on Grievance also Not Signature on grievances

**Response and/or Action Taken:**

Detainee was informed to put each issue on
a Separate Grievance form for processing & Make
Sure that all grievances are signed by Detainee

V Bell                V Bell     **Date:** 3/18/08 **Div./Dept.** 1
(Print- name of individual responding)    (Signature of individual responding)

EXHIBIT G 4-12 *08

Part-A / Control #: _____X_____

Referred To: _____

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: OWENS          First Name: TYRONE

ID #: 2007-0076174  Div.: 1  Living Unit: H2  Date: 4/2/08

COUNT①
BRIEF SUMMARY OF THE COMPLAINT: I CAN HARDLY WALK, AND I NEED TO BE SENT TO A DIVISION WITHOUT STAIRS (NOT DIVISION 1) THERE ARE STAIRS ON EVERY TIER (TO GET TO M. TIER). I SPOKE TO SUPT. ANDERSON WHO TOLD ME ON 4/1/08 THAT HED' SPEAK WITH THE SUPT. IN DIV. 8 A DIVISION WITHOUT STAIRS TO MOVE ME THERE. I AM IN SEVERE PAIN (MY BACK) JUST SITTING AND WRITING TODAY. BUT IT (THE PAIN) INTENSIFIES WHEN WALKING (UNASSISTED) AND ALMOST INBEARABLE CLIMBING STAIRS. I'VE HAD NO HELP @ MEDICAL DUE TO MY LAWSUIT - THEY ONLY CURSE AND YELL @ ME. DR. ALT & DWARPS AND MORE.

COUNT② I TOLD SUPT. ANDERSON TWICE ABOUT MY PROBLEM AND WROTE 6 GRIEVANCES (SEE: EXHIBITS G 2-25, G-3-7 III G 3 & 26)

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT? STEPHEN SIMMONS &
SUPT. ANDERSON, LT. NJIRWOD, PEDRO VISOUNEZ ATTORNEYS MIKE MORRISEY
JUDGE KENNETH WADIS
ACTION THAT YOU ARE REQUESTING:
① MOVE/TRANSFER TO DIV. 8 MEDICAL DIV. WITHOUT STAIRS.

**DETAINEE SIGNATURE:**

C.R.W.'S SIGNATURE: _____    DATE C.R.W. RECEIVED: ___/___/___

---

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

TURNED IN ON 4-3-08
TO SOCIAL WORKER TO W/