

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**

MAY 5 2008
May 5, 2008 MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

TYRONE OWENS

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

DOCTOR ALI @ DIV 1
DOCTOR EDWARDS @ DIV 1
NURSE MOORE @ DIV. 1
NURSE JUDY @ CERMAK
SHERIFF TOM DART
TONY GORDINEZ
DIRECTOR ~~DENTENEES~~

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

Case No: 08-C-1330
(To be supplied by the Clerk of this Court)

SUPPLEMENTAL COMPLAINT

CHECK ONE ONLY:

SUPPLEMENTAL COMPLAINT

✓ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code (state, county, or municipal defendants)

___ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code (federal defendants)

___ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. **Plaintiff(s):**

    A. Name: _____

    B. List all aliases: _____

    C. Prisoner identification number: _____

    D. Place of present confinement: _____

    E. Address: _____

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

    A. Defendant: DOCTOR "D" @ DIVISION 8

    Title: MEDICAL DOCTOR @ DIV. 8

    Place of Employment: COOK CO. JAIL

    B. Defendant: DR.

    Title: SGT. GUINTA

    Place of Employment: COOK CO. JAIL

    C. Defendant: C/O GUINTA

    Title: CORRECTIONAL OFFICER

    Place of Employment: COOK COUNTY JAIL

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

ADDITIONAL DEFENDANTS

D. NURSE WATSON @ DIV 8 RTU

NURSE @
COOK CO. JAIL @ DIV 8 RTU

E. NURSE JANE DOE @ DIV 8 RTU 7-3 SHIFT
NURSE
COOK CO. JAIL @ DIV 8 RTU 7-3

F. NURSE JANE DOE
NURSE
COOK CO. JAIL @ DIV 8 RTU 7-3

G. DOCTOR "U" @ CERMAK 3-11 SHIFT

H. DR. DUNLAP
DOCTOR @ DIV. 10
COOK CO. JAIL

I. LT. PRAH
CORRECTIONAL OFFICER @ DIV. 1
COOK CO. JAIL

J. SUPERINTENDANT HOLMES
SUPERINTENDANT @ CCJ
COOK CO. JAIL

K. SUPT. ANDERSON
SUPT @ DIV. 1
COOK CO. JAIL

L.

M.

N.

O.

P.

Q.

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: TYRONE OWENS V. BURTON et al  01-C-6579

B. Approximate date of filing lawsuit: 2000

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: ~~C/O's BURTON~~ ERROR T.O ~~COLLINS, TIMMS, WALKER AND ACEVEDO~~

D. List all defendants: C/O's WALKER, TIMMS, BURTON, COLLINS, & ACEVEDO

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): NORTHERN DISTRICT, ILLINOIS

F. Name of judge to whom case was assigned: JAMES F. HOLDERMAN / MAGISTRATE JUDGE MARTIN C. ASHMAN

G. Basic claim made: 4TH 8TH, 14 AMENDMENT VIOLATIONS

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): SETTLED, I WAS SCARED OF THE DEFENDANTS SITTING BEHIND ME.

I. Approximate date of disposition: 2004

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Revised 9/2007

ADDITIONAL LAWSUITS
---

OWENS V. COOK CO. JAIL et.al. 01 C 7534
2000

C?
NORTHERN DISTRICT
JAMES F. HOLDERMAN
14TH AMENDMENT

? DISMISSED

OWENS V. SHEEHAN 01-C-6410
2001

?
0

OWENS V. SHEEHAN 03-C-01702

OWENS V. STATEVILLE 04-C-00852

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

COUNT ①. DELIBERATE 8TH AMENDMENT INDIFFERENCE, &CRUEL AND UNUSUAL PUNISHMENT, RETALIATION ON 2/21/08 I WAS BEATEN, STOMPPED AND BEAT WITH POOL BALLS. C/O'S AND OTHER DEFENDANTS KNEW THE ATTACK WAS IMMINENT AND WAS SPECIFICALLY TOLD ABOUT IT BEFORE-HAND. EVEN WHILE BEING BEATEN ONE OR MORE DEFENDANT C/O'S JOHN DOE & JOHN DOE, INTENTIONALLY LEFT THE REC. ROOM WHERE I WAS BEING BEATEN, TO ALLOW THEM TO FINISH ME OFF. I BEGAN FILING GRIEVANCES AND SPEAKING TO SUPERINTENDANT ANDERSON SGT'S AND DEFENDANT LT. PRAH. LT. PRAH ONLY FORCED ME TO RETURN TO THE ATTACKERS AND SUPT. ANDERSON ORDERED ME PLACED IN SEGREGATION FOR O DAYS. YET ON THE INTERNAL AFFAIRS REPORT, IT READS "R/O NOTICED HIM LAYING IN A POOL OF BLOOD" I WOKE UP @ STROGER HOSPITAL AND DIDN'T EVEN KNOW THAT I HAD BEEN ATTACKED. I WAS PLACED IN SEG. TO RETALIATE AND TORTURE ME. BECAUSE DEFENDANT ① SUPT. HOLMES THINKS I'M GUILTY OF A CHARGE THAT TASHA LEE/HIS RELATIVE ACCUSED ME OF. HE SPOKE TO ANDERSON, PRAH & OTHERS TO PAY ME BACK. TASHA IS ONE OF MY EMPLOYEE/STRIPPERS AND- CONTRACTED WITH "TWIN ENTERPRISES" AFTER THE VISCIOUS BEATINGS I HAVE BEEN UNABLE TO WALK PROPERLY, HAVE A BLOW-OUT FRACTURE-RGT. EYE ORBIT SOCKET- FRACTURE LEFT ORBIT AND BROKEN NOSE PLUS VERY SEVERE BACK AND KNEE INJURIES. DEFENDANTS DR. EDWARDS, DR. ALI, NURSE MOORE AND NURSE JUDY REFUSED TO GIVE ME MEDICAL TREATMENT. THEY ONLY YELLED AT ME AND LIED ON ME SAYING "HE'S LYING, HE'S JUST TRYING TO SUE SOMEBODY AND GET OUT OF OUR DIVISION. THE DEFENDANTS ARE SUED IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES. DEFENDANTS KNEW OR SHOULD HAVE KNOWN THAT THEIR ACTIONS COULD OR WOULD CAUSE ME IRREPARABLE INJURIES AND DID SO

4

Revised 9/2007

UNDER THE COLOR OF LAW MALICIOUSLY AND INTENTIONALLY TO CAUSE ME PAIN, FOR NO PENOLOGICAL PURPOSE. AS A RESULT OF THEIR ACTIONS PLAINTIFF SUFFERS FROM, MULTIPLE FRACTURES IN HIS FACE, BROKEN NOSE AND BACK AND KNEE INJURIES, SEVERE HEADACHES, SEVERE DEPRESSION AND SEVERE MUSCLE SPASMS. SEE: EXHIBIT G-3-12-08

---

COUNT ② DELIBERATE INDIFFERENCE, 8TH AMENDMENT & RETALIATION & 14TH AMENDMENT

ON 3-12-08 I FINALLY WAS ALLOWED @ THE DISPENSARY TO SEE A DOCTOR PER A COURT ORDER FROM CIRCUIT JUDGE KENNETH WADIS. WHEN I GOT THERE I BEGAN TELLING DR. EDWARDS THAT I STILL HAD A BAD INFECTION (5 mos. NOW) BECAUSE DR. ALI KEPT INTENTIONALLY GIVING ME THE WRONG MEDICATION, IT CAUSED BLOOD IN MY URINE AND EXTREME STOMACH ACHES AND DISCOMFORT. WHILE TALKING DR. ALI WALKED IN AND LIED SAYING "MR. OWENS IS A CHRONIC CRY BABY, I GOT HIM SCHEDULED FOR STROGER CLINIC." I HAVEN'T HAD MY NECESSARY SURGERIES YET (2 mos. NOW) WHILE TELLING DR. EDWARDS THAT DR. ALI IS LYING TO HIM, N.S. MOORE WALKED IN AND STARTED LOUDLY READING ONE OF THE GRIEVANCES I HAD FILED. I KINDLY ASKED HER TO STOP YELLING TELLING HIM THAT "HE'S LYING HE'S JUST TRYING TO SUE SOMEBODY WITH HIS FAKE ASS." I ASKED HER "PLEASE LET ME TELL THE DOCTOR MY MEDICAL PROBLEMS" SHE SAID "I'M READING THEM AND IT'S BULLSHIT." SHE INSISTED: "I'M GONNA REMEMBER THIS," ALSO SAYING: "AS LONG AS I'M HERE YOU WON'T GET SHIT." THEN DR. EDWARDS STARTED YELLING SAYING "YOU'RE WAISTING MY TIME WITH YOUR SHIT, WE'VE DONE A MILLION DOLLARS WORK ON YOU, STOP FUCKING WITH MY TIME." PLAINTIFF WILL TAKE A POLYGRAPH TEST AND PAY FOR IT, TO PROVE ALL OF THIS COMPLAINT IS 100% TRUTH. I SWEAR TO IT. I TRIED TO TELL HIM 3 TIMES THAT DUE TO THE VICIOUS BEATING I TOOK THAT I CAN'T WALK UP & DOWN STAIRS AND WALK LONG DISTANCES. HE SAID GET THE FUCK OUT OF HERE, AND TOLD THE C/O TO REMOVE ME, AND THEY SUCCESSFULLY DENIED ME MEDICAL CARE. THE DEFENDANTS ARE SUED IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES. DEFENDANTS VIOLATED PLAINTIFFS RIGHTS WHEN THEY KNEW OR SHOULD HAVE KNOWN THAT THEIR ACTIONS COULD OR WOULD CAUSE HIM IRREPARABLE INJURY, AND DID SO UNDER COLOR OF LAW MALICIOUSLY AND INTENTIONALLY FOR NO PENOLOGICAL PURPOSE, ONLY TO CAUSE HIM PAIN. AS A RESULT OF DEFENDANTS ACTIONS PLAINTIFF SUFFERS FROM FRACTURES HEALED WRONG, BLOOD IN HIS URINE, POSSIBLE SCARRING IN HIS PENIS AND NOW INABILITY TO PRODUCE CHILDREN. SEVERE HEADACHES, SEVERE DEPRESSION.

& SEE: EXHIBIT G 3-12-08

4-A

COUNT (3) DELIBERATE INDIFFERENCE TO THE 8TH AMENDMENT IN APPX. 4 TO 2 + OB WHILE RETURNING FROM COURT/CERMAK I FELL DOWN A HALF A FLIGHT OF STAIRS. AS IN COUNT ②. I INFORMED MEDICAL STAFF AND SECURITY THAT DUE TO MY VICIOUS ATTACK I TOOK I COULD'NT CLIMB STAIRS YET NS. MOORE, DR. ALI, DR. EDWARDS, DR. "LI" @ CERMAK, DR. DUNLAP AND NURSE JANE DOE AND LT. PRAH, DR. ? JOHN DOE. DEFENDANTS GUINTA AND SGT. GUINTA RYEN PHYSICALLY TOOK MY WALKER THAT WAS GIVEN TO ME BY DR. TING AND MADE ME (HE IS TO BE REMOVED FROM DEFENDANTS LIST TO THE WITNESS LIST WITH KEITH WILCOX 200400? KAMAC MATHIS 2008009218? FORCED ME TO CLIMB THEM THEN DR "LI" CONSPIRED WITH NS. MOORE AND SGT. MALOBERTI TO FORGE A PRESCRIPTION AND PRETEND THAT A DR. SAID "HE DOES NOT NEED A WALKER" ONLY 3 DAYS AFTER THE FALL DOWN THE FLIGHT OF STAIRS. NS. MOORE INSTRUCTED NURSES @ CERMAK TO "IGNORE HIM AND SEND HIS ASS BACK TO DIV. 1 WHERE HE HAS TO SEE ME, I GOT HIS LYING ASS". SHE AND DR. ALI, EDWARDS, "LI" OR "LU" AND LT. PRAH HAS RUINED ANY CHANCE OF HIM RECEIVING TRUE MEDICAL CARE BY SPREADING LIES AND SHOWING OTHERS HOW TO MISTREAT ME BY DOING SO THEMSELVES. DAYS LATER (NOT THE DOCTOR BUT SGT. GUINTA AND HIS BROTHER C/O GUINTA PHYSICALLY TOOK AWAY MY WALKER FORCING ME TO EDURE SEVERE PAIN. ⒶI WAS NEVER SUPPOSED TO USE STAIRS, ⒷNEVER SUPPOSED TO WALK LONG DISTANCES AND Ⓒ NEVER APPROVED TO TAKE MY WALKER. DEFENDANTS ARE SUED IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES AFTER I INFORMED SHERIFF INSTRUCTED TOM DART AND DIRECTOR TONY GORDINEZ. DEFENDANTS KNEW OR SHOULD HAVE KNOWN THAT THEIR ACTIONS COULD OR WOULD CAUSE HIM IRREPARABLE INJURY AND DID SO UNDER THE COLOR OF LAW MALICIOUSLY AND INTENTIONALLY FOR NO PENOLOGICAL PURPOSE. AS A RESULT PLAINTIFF SUFFERS SEVERE AND CHRONIC BACK INJURY AND PAIN, SEVERE HEADACHES SEVERE DEPRESSION AND WILL INCURE LARGE MEDICAL BILLS FOR YEARS TO COME.

Revised 9/2007

4-B

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

PLEASE PUNISH THESE DOCTORS, NURSES AND SECURITY STAFF FOR ABUSE HOLMES FOR CREATING A BOGUS CASE. $1,750,000 $750,000 COMPENSENTORY DAMAGES AND $3.25 MILLION PUNITIVE DAMAGES. COURT COST MEDICAL BILLS PAID FOR 10 YEARS 10 YEARS PAID PHYSICAL THERAPY ANY OTHER RELIEF THIS COURT DEEMS JUST AND EQUITABLE

VI.  The plaintiff demands that the case be tried by a jury. ☑ YES  ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 12 day of APRIL, 2008

_____
(Signature of plaintiff or plaintiffs)

TYRONE OWENS
(Print name)

20070076179
(I.D. Number)

P.O. BOX #089002 CHGO, IL. 60608
OR 542 N. HOMAN
(Address)

6

# EMERGENCY!

Part-A / Control #: _____ X _____

Referred To: _____

☑ Processed as a request.

## COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: **OWENS**   First Name: **TYRONE**

ID #: **207-0076179**   Div.: **1**   Living Unit: **H4**   Date: **3/12/08**

BRIEF SUMMARY OF THE COMPLAINT: COUNT 1 CONSPIRACY, ASSAULT. ON 3-21 OR 3-20, 2008 I WAS BEATEN VERY BAD, WHEN C/O INFORMED 4-6 MEN THAT THEY COULD DO SO. WHILE SHOOTING POOL, 4-6 INMATES BEAT, KICKED AND STOMPED ME IN THE REC. ROOM, TRYING TO KILL ME. I DIDN'T KNOW WHY. I NOW HAVE A BLOW OUT FRACTURE OF MY RIGHT ORBIT, FRACTURED LEFT ORBIT AND GROTESTLY BROKEN NOSE — SURGERY IS REQUIRED. DEFENDANTS KNEW THESE THINGS WEEKS IN ADVANCE. A MAN I (USED TO) RESPECT, KNEW 'BOUT THE VICIOUS BEATING, YET HE ALLOWED ME TO BE PLACED BACK IN HARM'S WAY PULLING FOR PUTTING ME IN THE HOLE. I DON'T EVEN KNOW WHO JUMPED ME (I WAS UNCONSCIOUS) I-A REPORT SAID "R/O NOTICED OWENS LAYING IN A POOL OF BLOOD (UNCONSCIOUS)." SO HOW (a) @ 773-786-3217 (b) ATTY. DIANE MORRISSEY

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: (b)

ACTION THAT YOU ARE REQUESTING: IMMEDIATE TRANSFER TO MEDICAL DIV. 8 @ MEDICAL CARE, ALLERGY

DETAINEE SIGNATURE: _N/a Signature_

C.R.W.'S SIGNATURE: _____   DATE C.R.W. RECEIVED: 3/11/__

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

2 OF 3

AND WHY DID SUPT. ANDERSON TELL ME THAT I DID FIGHT. HE LISTENED TO LIES AND BECAUSE A (WOMAN) TALKED TO HIM HE FORGOT TO (THINK) HE ACTED VERY SLOW AND DENSE. HE BELIEVED A LIE OVER CONCRETE EVIDENCE. ONE 130 LB YOUNG KID TOLD HIM THAT HE "ALONE" BEAT ME (A 250 LB 46 YR. OLD MAN) HALF TO DEATH. LIES!

BUT BEING EASILY INFLUENCED AND I BELIEVE, COERECED BY SUPT. HOLMES HE APPOVED FURTHER CRUEL AND UNUSUAL PUNISHMENT AGAINST ME. ⓐ PLACING ME BACK IN DIVISION 1. ⓑ PUTTING ME IN THE HOLE FOR GETTING BEATEN BY 4-6 INMATES. ⓒ PLACING AND ALLOWING LT. PRAH TO PUT ME BACK ON THE SAME/EXACT TIER I GOT JUMPPED ON. ⓓ MAKING ME EDURE CONSTANT PAIN AND NO MEDICAL CARE. ⓔ PLACING/HOUSING ME AN INJURED PRE-TRIAL DETAINEE ON THE 4TH FLOOR AND FORCED TO WALK UP AND DOWN STAIRS, WITH SEVERE BACK INJURIES.

SUPT. ANDERSON KNEW OR SHOULD HAVE KNOWN THAT HIS ACTIONS AND NON-ACTIONS COULD OR WOULD CAUSE ME SEVERE IRREPAIRABLE INJURIES. HE DID SO MALICIOUSLY AND INTENTIONALLY FOR NO PENOLOGICAL PURPOSE.

> THIS IS A **LEGAL** DOCUMENT PLEASE COPY CLEARLY!

COUNT 2

AFTER THE VICIOUS BEATING, I WAS SCEDUALED FOR SURGERIES @ CCH/STROGER. YET DUE TO CONTINUED RETALIATION I WAS NOT AND STILL AM NOT ALLOWED (ANY) MEDICAL TREATMENT. SUPT. ANDERSON, LT. PRAH, DR. ALI AND STAFF @ DIV. 1 B9 & CERMAK REFUSES ME MEDICAL ATTENTION. EVEN IGNORING MY JUDGES "COURT ORDER" TO SEND ME TO THE

I ALREADY (BELIEVE) THAT THIS GRIEVANCE WELL NOT ET TREATED AS AN "EMERGENCY", EVEN THOUGH IT IS, AND I ELIEVE IT WILL BE DENIED BY SUPT. ANDERSON. UNLESS E'S SPOKEN TO IAD AND LEARNED THAT HE WAS JUKED Y A COUPLE OF UNEDUCATED DRUG USERS. I A D KNOWS 'ART OF THE TRUTH NOW. HE SHOULD HAVE USED "COMMON ENSE" HE LOST HIS. BUT HOW LONG WILL THAT LAST.

COUNT ③ DELIBERATE INDIFFERNENCE.
I HAVE REPEATEDLY BE DENIED MEDICAL TREATMENT BY DISPENSARY STAFF, SO THIS IS "EXUASTING" MY "ADMINISTRATIVE REMEDIES. I DONT WANT TO FICE SUIT ON SOMEONE I (USED TO) IDOLIZE. BUT I AM NOT GOING TO RELINQUISH MY RIGHTS AS A "PRE TRIAL DETAINEE"! THIS IS ALSO A REQUEST TO BE PLACED IN CERMAK OR IN DIVISION 8 AND REQUEST TO GIVE ME BACK MY WALKER. I CANT WALK WELL (AT ALL).

RESPECTFULLY SUBMITTED

TYRONE OWENS
BOX # 0B9002
CHGO, I.L. 60608

/s/ TYRONE OWENS

STATE OF ILLINOIS )
COUNTY OF COOK )

PLEASE COPY CLEARLY
LEGAL DOCUMENT

VERIFICATION BY CERTIFICATE

EMERGENCY!

E-X///027 03-18-08
Part-A / Control #: 2007 X 0112 0512

Referred To: CERMAK

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: OWENS   First Name: TYRONE

ID #: 2007-0076179   Div.: 1   Living Unit: E-3   Date: 3/18/08

COUNT @ DELIBERATE INDIFFERANCE

BRIEF SUMMARY OF THE COMPLAINT: ON THE ABOVE DATE I WAS FORCED TO ENDURE SEVERE PAIN AND DENIED PROFESSIONAL MEDICAL CARE WHEN I WAS FINALLY TAKEN TO "SICK CALL" AFTER ALMOST 11 MONTH OF HAVING MY NAME TAKEN OFF THE SICK CALL LIST BY PARAMEDICS @ RCDC & @ DIV. 9 DISPENSARY THEN DIV. 1 BY PARAMEDICS SUCH EK BOIS, MOORE. TODAY PARAMEDIC MOORE AND DEFENDANT DR. ALI & DR. EDWARDS (I THINK IT'S HIS NAME) VIOLATED MY RIGHTS WHEN I WENT TO SEE THE DR. SHE YELLED "AINT NOTHING WRONG WITH MR. OWENS HE'S FULL OF SHIT." SHE CAME INTO THE EXAMINATION ROOM YELLING AND NOT ALLOWING ME TO TELL THE DOCTOR MY MEDICAL NEEDS. I ASKED (VERY NICELY) "PLEASE LET ME TALK TO THE DR. ALONE. SHE JUST KEPT LOUDLY READING A GRIEVANCE I HAD WRITTEN BEFORE

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
DETAINEES FROM G-1 AND OTHERS @ SICK CALL SAMETIME AS ME

ACTION THAT YOU ARE REQUESTING:
FIRE NURSE MOORE AND DRS. ALI & DR. ? DIV 1 SICK CALL ABOVE DATE

DETAINEE SIGNATURE: [signature]

C.R.W.'S SIGNATURE: [signature]   DATE C.R.W. RECEIVED: 3/20/08

I SWEAR!

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

THEN DR. ALI WALKED IN (HE WAS FIRST) HE SAID TO THE OTHER DR. "MR. OWENS ALWAYS COMPLAINS AND CRIES ALL THE TIME. I GOT HIM SCHEDUALED FOR STROGER CLINIC, (THIS AFTER OVER 3 WEEKS OF REFUSAL BY THEM) HE TOLD DR. ? THAT "NOTHING IS WRONG WITH MR. OWENS". BOTH HE AND NURSE MOORE TOLD THE DOCTOR TO "SEND HIM BACK UPSTAIRS BEFORE HE SUE YOU TOO." THEN AS I BEGAN TELLIN HIM THAT I'M STILL HAVING A BURNING IN MY URINE BECAUSE DR. ALI KEEPS GIVING ME THE WRONG MEDICATION (INTENTIONALLY) I TOLD HIM I HAVE BLOOD IN MY URINE SOMETIMES. HE STARTED CURSING AND YELLING. "YOUR BULLSHIT IS WAISTING MY TIME. WE'VE DONE A MILLION DOLLARS OF WORK ON YOU. STOP FUCKING WITH MY TIME." I SWEAR TO GOD THAT THEY DID WHAT I AM WRITING. I'LL TAKE A POLY-GRAPH TEST. PLEASE LET ME PROVE THIS. JUST GIVE ME A CHANCE TO PROVE THAT I HAVE HAD MY MEDICAL NEEDS IGNORED BECAUSE I'VE FILED GRIEVANCES AND LAWSUITS. AS I ASKED NS. MOORE TO PLEASE STOP LYING ON ME SHE INSISTED, "I'M GONNA REMEMBER THIS DAMN GRIEVANCE AND I WILL LET EVERYONE KNOW THAT YOU ARE FAKING INJURIES TO SUE SOMEBODY. AND BE CAREFUL WHAT YOU DO AND SAY. I'LL TAKE A POLYGRAPH! I BET THEY WONT. (AT LEAST CHECK FOR THE TRUTH. NOT ALL STAFF TELLS THE TRUTH. AND AS LONG AS SHE/THEY THINK THEY WON'T GET REPRIMANDED/FIRED OR ARRESTED, IF THEY THINK THEY'RE ABOVE THE LAW AND THAT WE ALL ARE CONSIDERED A "LIE" THEY WON'T STOP UNTIL SOMEONE ELSE DIES FROM THEIR NEGLECT AND DELIBERATE INDIFFERENCE.

Pg 363

I HAVE PAIN IN MY BACK AND CAN'T WALK UP STAIRS THEY SAID AIN'T SHIT WRONG WITH YOU NOW GET OUT."

PART – C

## C.C.D.O.C. DETAINEE GRIEVANCE FORM PROCESSED AS A REQUEST

*Please Note :*
- *If the detainee is not satisfied with the response and/or attempt at resolving this issue, the detainee may resubmit the concern and it will be processed as a grievance.*
- *When processed as a request, an appeal of the response and/or action taken cannot be made.*
- *When processed as a request, PART-B is not applicable.*

Detainee's Last Name: **OWENS**　　　First Name: **Tyrone**

ID#: **2007-0076179**　　Div: **1**　　Tier/LivingUnit: **E3**

Date of Request: **3/12/08**　　Date C.R.W. Received Request: **3/18/08**

This request has been processed by: **Ball** C.R.W.

**Summary of Request:**

Detainee has a number of issues pertaining to IAD, Health, Safety, & Currents Housing Status on 1 grievance. Also No Detainee Signature on grievance.

**Response and/or Action Taken:**

Detainee was informed to put each issue on a seperate Grievance Form for processing & Make Sure that all grievances are Signed by Detainee.

**V. Ball**　　　　**V. Ball**　　Date: **3/18/08**　Div./Dept. **1**
(Print- name of individual responding)　(Signature of individual responding)

( WHITE COPY - PROG. SERV. CENTRAL OFFICE )　( YELLOW COPY - C.R.W. WEEKLY PACK )　( PINK COPY - DETAINEE )

PART – C

## C.C.D.O.C. DETAINEE GRIEVANCE FORM PROCESSED AS A REQUEST

*Please Note :*
- If the detainee is not satisfied with the response and/or attempt at resolving this issue, the detainee may resubmit the concern and it will be processed as a grievance.
- When processed as a request, an appeal of the response and/or action taken cannot be made.
- When processed as a request, PART-B is not applicable.

**Detainee's Last Name:** Owens    **First Name:** Tyrone

**ID#:** 2001-0076179    **Div:** 1    **Tier/LivingUnit:** C3

**Date of Request:** 3/17/08    **Date C.R.W. Received Request:** 3/18/08

**This request has been processed by:** Bull _____ C.R.W.

**Summary of Request:**

Detainee has a number of issues pertaining to I.D., Health, Safety, & Current Housing Status on grievance. Also No Signature or grievance #.

**Response and/or Action Taken:**

Detainee was informed to put each issue on Separate Grievance Form for processing & Make sure that all grievances are signed by Detainee.

_V Bull_ _____ _V Bull_ _____ **Date:** 3/18/08 **Div./Dept.** 1
(Print- name of individual responding)    (Signature of individual responding)

( WHITE COPY – PROG. SERV. CENTRAL OFFICE )    ( YELLOW COPY – C.R.W. WEEKLY PACK )    ( PINK COPY – DETAINEE )

EXHIBIT G 4-13-08

Part-A / Control #: _____X_____

Referred To: _____

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: **OWENS**      First Name: **TYRONE**

ID #: **2007-0076174**   Div.: **1**   Living Unit: **H2**   Date: **4/2/08**

BRIEF SUMMARY OF THE COMPLAINT: COUNT ① I CAN HARDLY WALK, AND I NEED TO BE SENT TO A DIVISION WITHOUT STAIRS (NOT DIVISION 1) THERE ARE STAIRS ON EVERY TIER (TO GET TO M. TIER). I SPOKE TO SUPT. ANDERSON WHO TOLD ME ON 4/1/08 THAT HE'D SPEAK WITH THE SUPT. IN DIV 8 A DIVISION WITHOUT STAIRS TO MOVE ME THERE. I AM IN SEVERE PAIN (MY BACK) JUST SITTING AND WRITING TODAY. BUT IT (THE PAIN) INTENSIFIES WHEN WALKING (UNASSISTED) AND ALMOST UNBEARABLE CLIMBING STAIRS. I'VE HAD NO HELP @ MEDICAL DUE TO MY LAWSUIT — THEY ONLY CURSE AND YELL @ ME. DR. ALI, EDWARDS, NO MORE.

COUNT ② I TOLD SUPT. ANDERSON TWICE ABOUT MY PROBLEM AND WROTE 6 GRIEVANCES (SEE: EXHIBITS G-2,25, G-3-7,11, &G 3+26)

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: SUPT. ANDERSON, LT. NORWOOD, PEDRO VASQUEZ, ATTORNEYS MIKE MORRISEY, STEPHEN SWIRNEY, JUDGE KENNETH WADIS

ACTION THAT YOU ARE REQUESTING: ⓐ MOVE/TRANSFER TO DIV. 8 MEDICAL DIV. WITHOUT STAIRS.

DETAINEE SIGNATURE: _(signed)_

C.R.W.'S SIGNATURE: _____    DATE C.R.W. RECEIVED: ___/___/___

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)  (YELLOW COPY – C.R.W.)  (PINK COPY – DETAINEE)  (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

TURNED IN ON 4-3-08     TO SOCIAL WORKER TELLIS