UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s) **TYRONE OWENS**

v.

Defendant(s) **DR. ALI ET. AL.**

Case Number: **08-C-1330**

Judge **JAMES HOLDERMAN**

**08-C-1330**

FILED
MAY 15 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, **TYRONE OWENS**, declare that I am the (check appropriate box)
   ☑ plaintiff ☐ defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding: **WROTE (3) LETTERS TO FIRMS STRICKLAND & ELLIS, HARVEY L. WALKER & ASSOCIATES, BENJAMIN & SHAPIRO**

3. In further support of my motion, I declare that (check appropriate box):

   ☐ I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   ☑ I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   ☑ I have attached an original Application to Proceed In Forma Pauperis in the proceeding detailing my financial status.

   ☑ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is a true and correct representation of my financial status.

   ☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; however, my financial status has changed and I have attached an amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

Movant's Signature

**P.O. BOX 089002 / 2600 S. CALIFORNIA**
Street Address

**CHGO, IL 60608**
City/State/Zip

Date: **4-11-08**

MOTION FOR APPOINTMENT OF COUNSEL

NO. 08-C-1330
JDG. HOLDERMAN
MAG. JDG. ASHMAN

I HAVE PREVIOUSLY BEEN REPRESENTED BY AN ATTORNEY APPOINTED BY THIS COURT IN THE PROCEEDING(S)
OWENS V. WALKER, TEMMS et. al. 01-C-6579 NORTHERN DIST. IL.

CASE WAS SETTLED. BECAUSE I WAS SCARED OF THE OFFICERS/DEFENDANTS SETTING BEHIND ME. I COULDN'T TAKE NO MORE. I'M 46 YRS. OLD AND I'M STILL SCARED. I GOT BEAT AGAIN HERE — ORDERED BY OFFICERS — IN/ON 2/21/08.

I NEED A LAWYER I DON'T KNOW ABOUT MEDICAL LAW — AT ALL.