UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
JUN - 9 2008
Jun 9, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

TYRONE OWENS
Plaintiff(s)

V.

DR. ALI et.al.
Defendant(s)

Case No. 08-C-1330
JUDGE: JAMES F. HOLDERMAN
MAGISTRATE JUDGE: MARTIN C. ASHMAN

**AMENDED COMPLAINT**
1ST AMENDMENT

COUNT ① DELIBERATE INDIFFERENCE, 14TH DUE PROCESS, RETALIATION ADA VIOLATIONS. DEFENDANTS ARE SUED IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES. ON 2-21-08 I WAS SEVERELY BEATEN BY APPX 10 INMATES/DETAINEES. I WOKE UP IN STROGER HOSPITAL WITH: A BLOW-OUT FRACTURE TO MY RIGHT ORBIT, A FRACTURE IN THE LEFT ORBIT, A SEVERELY BROKEN NOSE, BACK, NECK AND KNEE INJURIES. YET AFTER I RETURNED FROM THE HOSPITAL I WAS MISTREATED AND THEN REPEATEDLY DENIED BASIC MEDICAL CARE. I WAS PLACED IN SEGREGATION AND DENIED MEDICAL CARE, I WAS BEATEN BUT I WAS THROWN IN SEG. FOR 10 DAYS TO PREVENT ME FROM FILING MORE LAW SUITS, IT DIDN'T WORK SEE: EXHIBIT G 3-12-08 I COMPLAINED AND ASKED FOR MEDICAL CARE, BUT INSTEAD OF GETTING HELP, I WAS FORCED TO WALK UP AND DOWN 4 FLIGHTS OF STAIRS AND ALL DEFENDANTS KNEW THAT I HAD ALREADY HAD BACK INJURIES FROM 12-13-2000 SEE: OWENS V. BURTON 01-C-6579 WHEN I WAS BEATEN AND PUT IN A WHEELCHAIR FOR 5½ YEARS, I COULD'NT BEAR STAIR CLIMBING EVEN BEFORE THIS BEATING ON 2-21-08 AFTER THE VICIOUS BEATING, I WAS SCHEDULED FOR A SURGERY TO REPAIR MY SIGHT & MY NOSE, YET DR. ALI CONTINUED TO DENY ME MEDICAL CARE AND NS. MOORE WAS HIS ACCOMPLICE. ON OR ABOUT 2-25-08 JUDGE KENNETH WADAS SENT A COURT ORDER TO HAVE ME SENT TO THE HOSPITAL, NS. MOORE & DR. ALI SAID "HERE'S SOME ASPRIN" AND SAID "GET OUT". AFTER THIS INCIDENT AND ME FILING OVER 10 REQUEST FOR MEDICAL CARE AND GRIEVANCE FILING, I WAS FINALLY ALLOWED TO GO TO THE DIS- PENSARY TO SEE: DR. ALI ABOUT MY INJURIES. WHEN I GOT THERE I WENT INTO A DIFFERENT DOCTORS EXAM ROOM, KNOWN AS "EDWARDS" DR. EDWARDS,

DEFENDANT:

1). DR. ALI @ DIV. 1
TITLE
MEDICAL DOCTOR
PLACE OF EMPLOYMENT
COOK COUNTY JAIL DIV. 1

2). DR. ANN DUNLAP
MEDICAL DOCTOR @ DIV. 10
COOK COUNTY JAIL

3). DR. EDWARDS
MEDICAL DOCTOR @ DIV. 1
COOK COUNTY JAIL

4). NURSE MOORE
NURSE @ DIVISION 1
COOK COUNTY JAIL

5). SGT. GUINTA
SEARGENT @ RCDC
COOK COUNTY JAIL

6). C/O GUINTA
CORRECTIONS OFFICER @ RCDC
COOK COUNTY JAIL

7). DR. DUNLAP, ALI & EDWARDS' CONTRACTOR
MEDICAL CONTRACTOR
?

ON 3/12/08 I WENT INTO DR. EDWARDS EXAMINATION WITH MULTIPLE INJURIES. AND ONE PROBLEM WAS A BURNING IN MY PENIS AND BLOOD IN MY URINE. (ALI HAD BEEN GIVING ME THE WRONG MEDICATION THE FIRST THREE TIMES HE SAW ME. HE DID THIS INTENTIONALLY. HE KNEW THAT HE HAD GIVEN ME DOXYCYCLINE. WHEN HE FIRST PRESCRIBED IT, I TOLD HIM THAT I HAD ALREADY BEEN TREATED WITH THAT AND IT DIDN'T WORK. I EVEN TOOK 14 DYS OF IT. HE MADE A COMMENT TO DEFENDANT MOORE ABOUT "PROCREATING A WRECK" AS IF SAYING THAT HE WAS TRYING TO STOP ME FROM MAKING ANOTHER BABY, BY HAVING THE TYPE OF INFECTION I HAD THAT IS ONE OF THE RESULTS OF HAVING IT FOR A WHILE UNTREATED.) WHEN I WENT INTO DR. EDWARDS ROOM NS. MOORE STARTED YELLING AT ME SAYING, "AINT NOTHING WRONG WITH MR. OWENS HE'S FULL OF SHIT" SHE CAME INSIDE THE EXAM ROOM YELLING AND NOT ALLOWING ME TO TELL DR. EDWARDS MY MEDICAL PROBLEMS. I BEGGED HER TO "PLEASE LET ME TELL THE DR. WHAT'S WRONG WITH ME. (ALONE) SHE JUST KEPT (LOUDLY) READING A GRIEVANCE I HAD WRITTEN BEFORE THE VISIT. BEFORE SHE CAME IN DEF. ALI CAME INTO THIS DR. EDWARDS EXAM ROOM — NOTE — I HAD NEVER MET DR. EDWARDS UNTIL THIS DAY AND THEY COERCED HIM TO DENY ME MEDICAL CARE TOO — WHEN DR. ALI CAME IN HE SAID (LOUDLY) "MR. OWENS IS A CHRONIC CRY BABY. I GOT HIM SCHEDULED FOR STROGER HOSPITAL (THIS WAS SAID AFTER 3 WKS. OF REFUSAL BY THEM) ITS NOW MAY 29, 08 AND I STILL HAVE NOT HAD MY NEEDED SURGERY. HE TOLD HIM "NOTHING IS WRONG WITH MR. OWENS." BOTH HE AND MOORE TOLD HIM TO SEND ME BACK UPSTAIRS "BEFORE HE SUES YOU TOO." I THEN BEGAN TO TELL HIM THAT I WAS STILL HAVING A BURNING WHEN I URINATE "THEN" FOR 5 MONTHS AND DR. ALI KEEPS GIVING ME THE WRONG MEDICATION (INTENTIONALLY) I TOLD DR. EDWARDS THAT I HAVE BLOOD IN MY URINE AND WHEN I HAD A WET DREAM BLOOD WAS ALSO IN MY BOXERS THAT MORNING. THAT'S WHEN HE ACTUALLY STARTED CURSING ME OUT, YELLING "YOUR BULLSHIT IS WAISTING MY TIME. WE'VE DONE A MILLION DOLLARS OF WORK ON YOU. SO STOP FUCKING WITH MY TIME" I SWEAR TO GOD WHAT I'M SAYING IS (TOTALLY) TRUE. I'LL EVEN TAKE A POLY GRAPH TEST. AND I'LL PAY FOR IT MYSELF. I THEN HEARD NS. MOORE READING THE GRIEVANCE SAYING: I KNOW WHAT'S WRONG, IT'S HERE. I TRIED TO EXPLAIN THAT DUE TO THE VICIOUS BEATING BY THE 10 DETAINEES, I HAVE BEEN UNABLE TO WALK PROPERLY DUE TO THE EXTREME PAIN. I TOLD HIM THAT I HAD A BLOW-OUT FRACTURE IN MY RIGHT ORBIT (EYE), A FRACTURE IN MY LEFT ONE, A SEVERELY BROKEN NOSE AND SEVERE BACK PAIN. AND THAT FOR THOSE REASONS I COULDN'T WALK UP AND DOWN THE MANY FLIGHTS OF STAIRS I'VE BEEN FORCED TO CLIMB. SEE: EXHIBITS G-5&3 FOR 6-4/2/08 THEN DR. EDWARDS GOT VERY VERY LOUD AND HIS FACIAL EXPRESSION CHANGED THEN HE LOUDLY SAID "GET THE FUCK OUT OF HERE" THEN HE TOLD THE C/O TO REMOVE ME AND TO THIS DAY (5+30+08) I HAVE NOT HAD MEDICAL TREATMENT FOR THOSE INJURIES. THE INFECTION I HAD JUST WENT AWAY AT THE MIDDLE OF THIS MONTH, WHEN A DOCTOR @ CERMAK (THAT DIDN'T TALK TO THE DEFENDANTS) TREATED ME AND GAVE ME SOME PILLS, ONE DAY ONLY. THE SAME THING DR. ALI, & EDWARDS COULD HAVE DONE MANY MONTHS AGO. BUT THEY ONLY RETALIATED BECAUSE I WROTE THEM UP. NURSE MOORE SWORE THAT "AS LONG AS I'M HERE YOU WONT GET SHIT." ON APPX. 4/2/08 WHILE RETURNING FROM COURT, I FELL DOWN ½ A FLIGHT OF STAIRS. I MADE IT UP ABOUT 17 STAIRS. I HAD BEEN COMPLAINING OF SEVERE BACK AND KNEE PAIN BEFORE THE FALL BUT DEFENDANTS INSISTED THAT I CONTINUE CLIMBING STAIRS.

AND AS A RESULT I GAVE OUT AND FELL DOWN THE STAIRS SEE: EXHIBIT G-4/2/08. WHEN C/O THROW ASSISTED ME MS. MOORE GOT MAD AT HER. ACCUSING HER OF "SYMPHTHIZING WITH THESE DOGS" (THATS WHAT IT SOUNDED LIKE) ON THE DAY OF THE FALL SHE PERSONALLY MADE HER WAY OVER TO THE EMERGENCY ROOM, AND IMMEDIATELY STARTED TELLING THE NURSES THERE. "THIS IS OWENS. HE'S A BIG FAT LYING B. AND SO IGNORE HIS LAWSUIT SHIT AND SEND HIM BACK TO DIVISION I, WHERE HE HAS TO SEE ME. I GOT HIS LYING ASS. SHE DR. ALI EDWARDS AND DR. YU/U RUINED MY CHANCES OF RECEIVING PROPER MEDICAL CARE BY MISTREATING ME AND DOING SO SO OTHERS WILL KNOW HOW TO DO THE SAME. THEY DID TOO! THEY TOOK THE NECK BRACE OFF AND KICKED ME OUT. BUT DR. TING SAW ME AND HE GAVE ME A WALKER. A FEW DAYS LATER (3 DAYS) DEFENDANTS SGT. GUINTA AND HIS BROTHER C/O GUINTA PHYSICALLY TOOK MY WALKER. I FELL TO THE FLOOR WHERE C/O GUINTA AND HIS BROTHER LAUGHED AND BEGAN SINGING SONGS TO TEASE ME FOR MY PAIN. NOTE— ONLY MEDICAL STAFF IS SUPPOSED TO TAKE A WALKER FROM A PERSON WITH MY INJURIES. DETAINEES KEVIN WILCOX ID# 20040033333 & KAMAL MATHIS 20080097190R 299 @ 4949 S. QUINCY 773-370-4625 SEE: EXHIBIT G-? (GRIEVANCES WERE NOT RETURNED) G-5/8 THESE TWO WITNESSED THE ENTIRE INCIDENT. SEE: G 4/2/02 ON 5/10/08 I FINALLY MADE IT TO SICK CALL AFTER DOZENS OF REQUEST AND COMPLAINTS TO GET TREATMENT. SEE: EXHIBIT G-5/20/08 WHILE THERE I TOLD THE TRIAGE NURSE THAT I HAD BLOOD IN MY LEFT EAR ONE MORNING. AND VERY SEVERE HEADACHES. SHE WAS CONCERNED. THEN I WAS GETTING CALLED BY DR. PATEL. DR. DUNLAP (JUST WALKED IN) WHEN SHE CAME IN SHE SAW THAT DR. PATEL WAS GOING TO SEE ME SHE TOLD HER "DR.,

COME HERE I OR NEED TO TALK. A FEW MINUTES LATER DR. PATEL CAME BACK IN THE EXAMINATION ROOM AND GOT HER SWEATER, CHAIR AND CUP, THEN SHE LEFT AND WENT NEXT DOOR. THATS WHEN DEFENDANT DUNLAP CAME INTO THE ROOM I WAS IN (NOT DR. PATEL) SHE SAID "WELL, THE INFAMOUS YET NOT SO WANTED MR. OWENS." THEN SHE KICKED ME OUT SAYING "I GOT YOUR X-RAYS AND NOTHINGS WRONG WITH YOU". ON 5/15/08 AGAIN I CAME TO SICK CALL ONLY TO BE ORDERED TO LEAVE WITHOUT EVEN BEING SEEN (THIS TIME). ON THIS DATE DEFENDANT DUNLAP

DEFENDANT DUNLAP (WHILE I WAS WAITING) SAW ME AND WHISPED (LOUD ENOUGH THAT I HEARD HER CLEARLY, SAYING "SEND OWENS BACK, JUST TELL HIM I'LL SEE HIM IN AN HOUR AND A HALF. KNOWING FULL WELL THAT SHE WAS LEAVING IN 10 MINS. SHE LEFT TOO. IN 20 MINS. I HAD ALREADY BEEN THERE WAITING TO BE SEEN FOR OVER AN HOUR. WHEN I WAS DENIED MY MEDICAL CARE, 6-7 OTHER DETAINEES WERE STILL THERE WAITING TO BE SEEN BY DR. DUNLAP (THEY CAME IN AFTER ME AND HAD NO SERIOUS OR VISIBLE INJURIES) THEY TOLD ME THEY WERE SEEN AFTER I LEFT. SEE = EXHIBIT G / 5/15/08. EVEN WHILE FILING THIS COMPLAINT I'M IN TREMENDOUS PAIN. MY CONSTITUTIONAL RIGHTS WERE VIOLATED — NO DISABLED SHOWERS HERE EITHER. MANY ADA VIOLATIONS — WHEREAS DEFENDANTS KNEW OR SHOULD HAVE KNOWN THAT THEIR ACTIONS COULD OR WOULD CAUSE ME SEVERE IRREPAIRABLE INJURIES AND DID SO MALISCIOUSLY AND INTENTIONALLY FOR NO PENOLOGICAL PURPOSE. AS A RESULT I SUFFER FROM SEVERE HEADACHES, SEVERE DEPRESSION, BACK PAIN, SWOLLEN KNEE, NECK PAIN, AND OTHER MENTAL INJURIES TO BE PROVED AT TRIAL. THIS IS A TRUE CAUSE FOR THE APPOINTMENT OF COUNSEL. I TOLD THE SOCIAL WORKER THIS. I DONT THINK I CAN ACHIEVE AN ORGASMN SINCE I WAS FORCED TO HAVE THE INFECTION FOR SO MANY MONTHS 7 WHOLE MONTHS. PLEASE SOMEBODY. HELP ME!

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

COMPENSATORY DAMAGES OF $11.6 MILLION
PUNITIVE DAMAGES OF $104. MILLION
PUNISH THE MEDICAL GROUP WHO HIRED/SPONSORED
AND INSURES DOCTORS @ COOK COUNTY JAIL. ALL
MEDICAL MALPRATICE
ATTORNEY FEE'S EXPERT WITNESSES' FEES, COURT COST & FILING
FEE. PAY MEDICAL BILLS FOR 10 PLUS YEARS ANY OTHER RELIEF THIS COURT DEEM JUST

VI.  The plaintiff demands that the case be tried by a jury.  ☑ YES   ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 30 day of MAY, 2008

_(signature)_

(Signature of plaintiff or plaintiffs)

TYRONE OWENS
(Print name)

20070076179
(I.D. Number)

P.O. BOX # 089002
2750 S. CALIFORNIA  CHGO, IL. 60608
(Address)

6

Revised 9/2007

# EMERGENCY!

Part-A / Control #: ___X___

Referred To: _____

☑ Processed as a request.

## COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: **OWENS**   First Name: **TYRONE**

ID #: **207-076179**   Div.: **1**   Living Unit: **H4**   Date: **3/12/08**

BRIEF SUMMARY OF THE COMPLAINT: COUNT 1 CONSPIRACY/ASSAULT ON 2+21+ OR 3+20 2008 I WAS BEATEN VERY BAD, WHEN C/O INFORMED 4-6 MEN THAT THEY COULD DO SO. WHILE SHOOTING POOL, 4-6 INMATES BEAT, KICKED AND STOMPED ME IN THE REC. ROOM, TRYING TO KILL ME. I DIDN'T KNOW WHY. I NOW HAVE A BLOW OUT FRACTURE OF MY RIGHT ORBIT, FRACTURED LEFT ORBIT AND GROTESQUELY BROKEN NOSE - SURGERY IS REQUIRED. DEFENDANTS KNEW THESE THINGS WEEKS IN ADVANCE. A MAN I USED TO KNOW, KNEW ABOUT THE VICIOUS BEATING, YET HE ALLOWED ME TO BE PLACED BACK IN HARM'S WAY PULLING FOR PUTTING ME IN THE HOLE. I DON'T EVEN KNOW WHO JUMPED ME (I WAS UNCONSCIOUS) 1-A REPORT SAID: R/O NOTICED OWENS LAYING IN A POOL OF BLOOD (UNCONSCIOUS) SO HIM ANOTHER DIV #11-1 ON 3+20+08 ATTY. DIANE MORRISEY @ 773-784-3217

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

ACTION THAT YOU ARE REQUESTING: IMMEDIATE TRANSFER TO MEDICAL DIV. 8 @ MEDICAL CARE APOLOGY

DETAINEE SIGNATURE: _No Signature_

C.R.W.'S SIGNATURE: _____   DATE C.R.W. RECEIVED: 3/14/__

Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

AND WHY DID SUPT. ANDERSON TELL ME THAT I DID FIGHT. HE LISTENED TO LIES AND BECAUSE A (WOMAN) TALKED TO HIM HE FORGOT TO (THINK) HE ACTED VERY SLOW AND DENSE. HE BELIEVED A LIE OVER CONCRETE EVIDENCE. ONE 130 LB YOUNG KID TOLD HIM THAT HE "ALONE" BEAT ME (A 250 LB 46 YR. OLD MAN) HALF TO DEATH. LIES! BUT BEING EASILY INFLUENCED AND I BELIEVE, COERECED BY SUPT. HOLMES HE APPOVED FURTHER CREUL AND UNUSUAL PUNISHMENT AGAINST ME. ⓐ PLACING ME BACK IN DIVISION 1. ⓑ PUTTING ME IN THE HOLE FOR GETTING BEATEN BY 4-6 INMATES. ⓒ PLACING AND ALLOWING LT. PRAH TO PUT ME BACK ON THE SAME/EXACT TIER I GOT JUMPPED ON. ⓓ MAKING ME EDURE CONSTANT PAIN AND NO MEDICAL CARE. ⓔ PLACING/HOUSING ME AS INJURED PRE-TRIAL DETAINEE ON THE 4TH FLOOR AND FORCED TO WALK UP AND DOWN STAIRS. WITH SEVERE BACK INJURIES. SUPT. ANDERSON KNEW OR SHOULD HAVE KNOWN THAT HIS ACTIONS AND NON-ACTIONS COULD OR WOULD CAUSE ME SEVERE IRREPAIRABLE INJURIES. HE DID SO MALICIOUSLY AND INTENTIONALLY FOR NO PENOLOGICAL PURPOSE.

**THIS IS A LEGAL DOCUMENT PLEASE COPY CLEARLY!**

COUNT 2

AFTER THE VICIOUS BEATING, I WAS SCEDUALED FOR SURGERIES @ CCH/STROGER. YET DUE TO CONTINUED RETALIATION I WAS NOT AND STILL AM NOT ALLOWED (ANY) MEDICAL TREATMENT. SUPT. ANDERSON, LT. PRAH, DR. ALI AND STAFF @ DIV. 1 B9 & CERMAK REFUSES ME MEDICAL ATTENTION. EVEN IGNORING MY JUDGES "COURT ORDER" TO SEND ME TO THE "HERE'S SOME ASPRIN

I already (believe) that this grievance will not be treated as an "emergency," even though it is. And I believe it will be denied by Supt. Anderson. Unless he's spoken to IAD and learned that he was juked by a couple of uneducated drug users. IAD knows part of the truth now. He should have used "common sense" he lost his. But how long will that last.

Count ③ Deliberate Indifference.
I have repeatedly be denied medical treatment by dispensary staff. So this is "exausting" my "administrative remedies." I don't want to file suit on someone I (used to) idolize. But I am not going to relinquish my rights as a "pre trial detainee!" This is also a request to be placed in Cermak or in Division 8 and request to give me back my walker. I can't walk well (at all).

RESPECTFULLY SUBMITTED

TYRONE OWENS
BOX # 089002
CHGO, IL. 60608

/s/ TYRONE OWENS

STATE OF ILLINOIS )
                  )
COUNTY OF COOK    )

VERIFICATION BY CERTIFICATE

PLEASE COPY CLEARLY

LEGAL DOCUMENT

EMERGENCY

Part-A / Control #: SWX05113

Referred To: IAD

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: OWENS First Name: TYRONE

ID #: 2007-0076179 Div.: 1 Living Unit: E3 Date: 3/18/08

BRIEF SUMMARY OF THE COMPLAINT: COUNT ① CONSPIRACY ON OR ABOUT 2-20 OR 2-21 I WAS SEVERELY BEATEN, WHEN C/O'S INFORMED 4-6 DETAINEE'S THAT THEY COULD BEAT ME WITHOUT ANY PROBLEMS. ONE GUY (NAME WITHELD UNTIL TRIAL) SPECIFICALLY TOLD ME THAT: "THEY (4 GUYS) STOMPED YOU, BEAT YOU, JUMPED UP AND DOWN ON YOU AND HIT YOU WITH YOUR BALLS." IN THE REC. ROOM, TRYING TO KILL ME. I DIDN'T KNOW WHY. I NOW HAVE A BLOW OUT FRACTURE IN MY RIGHT EYE. A MAN I KNOW IN VERY HIGH POSITION @ DIV. 1, KNEW ABOUT THE VICIOUS ATTACK, YET HE ALLOWED ME TO ENDURE REPEATED RETALIATIONS FROM SHIFT STAFF. ACCORDING TO AN IAD REPORT, "R/O FOUND OWENS LAYING IN A POOL OF HIS BLOOD. (UNCONSCIOUS). SO HOW DIV 1 #H-1 SANCHEZ CELL C ON 2-24-08. ATTORNEY MIKE MORRISEY.

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

ACTION THAT YOU ARE REQUESTING: IMMEDIATE TRANSFER TO MEDICAL DIVISION, IMPARTIAL MEDICAL CARE

DETAINEE SIGNATURE: [signature]

C.R.W.'S SIGNATURE: [signature] DATE C.R.W. RECEIVED: 3/20/08

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.) (YELLOW COPY – C.R.W.) (PINK COPY – DETAINEE) (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

AND WHY DID SUPT. ANDERSON, ACCUSE ME OF "FIGHTING" HE ACTED VERY ~~BIASED~~ AND ~~UNSURE~~ HE BELIEVED A LIE OVER CONCRETE EVIDENCE.

I BELIEVE THAT HE WAS COERCED BY SUPT. HOLMES TO GIVE ME PROBLEMS, THEN MORE RETALIATION, HE EVEN TOLD ME THAT A 130 LB 25 YR. OLD BOY JUMPED ME ("BY HIMSELF") CAUSING ME ALL OF THESE FRACTURES AND INJURIES. I AM A 45 YR. OLD (HEALTHY) MAN @ 250 POUNDS A 120 LB DIFFERENCE. YET HE ALLOWED ME PUT IN SEG. AFTER IT WAS PROVED THAT I GOT KNOCKED UNCONSCIOUS AND DIDN'T WAKE UP UNTIL @ STROGER.

EMERGENCY

Part-A / Control #: \_\_\_\_ X \_\_\_\_ 0512

Referred To: CERMAK

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: OWENS     First Name: TYRONE

ID #: 2007-0074179   Div.: 1   Living Unit: E-3   Date: 3/18/08

BRIEF SUMMARY OF THE COMPLAINT: COUNT @ DELIBERATE INDIFFERENCE ON THE ABOVE DATE I WAS FORCED TO ENDURE SEVERE PAIN AND DENIED PROFESSIONAL MEDICAL CARE WHEN WAS FINALLY TAKEN TO "SICK CALL" AFTER ALMOST A MONTH OF HAVING Y NAME TAKEN OFF THE SICK CALL LIST BY PARAMEDICS @ RCDC & @ IV. 9 DISPENSARY THEN DIV. 1 BY PARAMEDICS SUCH AS BROS, MOORE, 2 DAY PARAMEDIC MOORE AND DEFENDANT DR. ALI & DR. EDWARDS THINK IT'S HER NAME) VIOLATED MY RIGHTS WHEN I WENT SEE THE DR. SHE YELLED "AINT NOTHING WRONG WITH MR OWENS FULL OF SHIT. SHE CAME INTO THE EXAMINATION ROOM YELLING ND NOT ALLOWING ME TO TELL THE DOCTOR MY MEDICAL NEEDS. ASKED (VERY NICELY) "PLEASE LET ME TALK TO THE DR. ALONE. HE JUST KEPT LOUDLY READING A GRIEVANCE I HAD WRITTEN BEFORE

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: ETAINEES FROM G-1 AND OTHERS @ SICK CALL SAME TIME AS ME

ACTION THAT YOU ARE REQUESTING: IRE NURSE MOORE AND DR. ALI & DR. ? DIV 1 SICK CALL ABOVE DATE

DETAINEE SIGNATURE: [signature]  I SWEAR!

C.R.W.'S SIGNATURE: [signature]     DATE C.R.W. RECEIVED: 3/20/08

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

THEN DR. ALI WALKED IN (HE WAS FIRST) HE SAID TO THE OTHER DR. "MR. OWENS ALWAYS COMPLAINS AND CRIES ALL THE TIME. I GOT HIM SCHEDUALED FOR STROGER CLINIC." (THIS AFTER OVER 3 WEEKS OF REFUSAL BY THEM) HE TOLD DR. ? THAT "NOTHING IS WRONG WITH MR. OWENS". BOTH HE AND NURSE MOORE TOLD THE DOCTOR TO "SEND HIM BACK UPSTAIRS BEFORE HE SUE YOU TOO! THEN AS I BEGAN TELLIN HIM THAT I'M STILL HAVING A BURNING IN MY URINE BECAUSE DR. ALI KEEPS GIVING ME THE WRONG MEDICATION (INTENTIONALLY). I TOLD HIM I HAVE BLOOD IN MY URINE SOMETIMES. HE STARTED CURSING AND YELLING. "YOUR BULLSHIT IS WAISTING MY TIME. WE'VE DONE A MILLION DOLLARS OF WORK ON YOU. STOP FUCKING WITH MY TIME." I SWEAR TO GOD THAT THEY DID WHAT I AM WRITING. I'LL TAKE A POLYGRAPH TEST. PLEASE LET ME PROVE THIS. JUST GIVE ME A CHANCE TO PROVE THAT I HAVE HAD MY MEDICAL NEEDS IGNORED BECAUSE I'VE FILED GRIEVANCES AND LAWSUITS. AS I ASKED NS. MOORE TO PLEASE STOP LYING ON ME SHE INSISTED. "I'M GONNA REMEMBER THIS DAMN GRIEVANCE AND I WILL LET EVERYONE KNOW THAT YOU ARE FAKING INJURIES TO SUE SOMEBODY. AND BE CAREFUL WHAT YOU DO AND SAY. I'LL TAKE A POLYGRAPH! I BET THEY WONT. (AT LEAST CHECK FOR THE TRUTH. NOT ALL STAFF TELLS THE TRUTH. AND AS LONG AS SHE/THEY THINK THEY WON'T GET REPRIMANDED/FIRED OR ARRESTED. IF THEY THINK THEY'RE ABOVE THE LAW AND THAT WE ALL ARE CONSIDERED A "LIE" THEY WON'T STOP UNTIL SOMEONE ELSE DIES FROM THEIR NEGLECT AND DELIBERATE INDIFFERENCE.

Pg 383



LITTLE GIRL IN THE BACK. HE CAN'T WALK, HE'S HURT. THEY SAID: "RUN! AIN'T SHOT WRONG WITH YOU, NOW GET OUT."

Case 1:08-cv-01330 Document 12 Filed 06/09/2008 Page 14 of 20

Exhibit G 3-20-08 B    Part – B / Control #: 2008 X 512

# C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

Detainee's Last Name: Owens    First Name: Anire    ID# 2007-0016179

Is This Grievance An **Emergency**?    YES ☐    NO ☑

C.R.W.'S Summary Of The Complaint: Detainee alledges medical neglect

C.R.W. Referred Griev. To: Cermak    Date Referred: 3/20/08

Response Statement: Referred to Patient Care Services; Medical Services

_____ Smith _____    _____ (signature) _____    Date: 3/24/08    Div./Dept. CHS
(print- name of individual responding to this griev.)    (signature of individual responding to this griev.)

_____    _____    Date: ___/___/___    Div./Dept. _____
(print - name of Supt. / Designee / Dept. Admin.)    (signature of Supt. / Designee / Dept. Admin.)

J. Mulli    (signature)    Date: 3/25/08
(print - name of Prog. Serv. Admin./ Asst. Admin.)    (signature of Prog. Serv. Admin./ Asst. Admin.)

Date Detainee Received Response: 3/__/__    Detainee Signature: _____

## REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

Date Detainee Request For An Appeal: 3/27/08

Detainee's Basis For An Appeal: DR. ALI, DR. EDWARDS, NS. MOORE STILL REFUSES/DENIES ME MEDICAL. WITH BACK INJURIES IT HURTS TO CLIMB DIV. 1 STAIRS, NEED MOVE TO NEW DIVISION

Appeal Board's Acceptance Of Detainee's Request:    YES ☐    NO ☑

Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:
Per CMS Admin, detainee was seen on 3/14 & 3/15 & scheduled for 3/30/08. Detainee should consult w/ physician regarding transfer to medical division.

Appeal Board's Signatures / Dates: _____ 4/1/08 _____ 4/1/08

Date Detainee Rec.'d the Appl. Bd.'s Response: 4/4/08    Detainee Signature: _____

GRIEVANCE CODE(S): (____) (____) (____) (____)

(WHITE COPY – PROG. SERV.)    (YELLOW COPY – C.R.W.)    (PINK COPY – DETAINEE)    (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part-A / Control #: _____ X _____

Referred To: _____

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: **OWENS**      First Name: **TYRONE**

ID #: **2007-0076174**   Div.: **1**   Living Unit: **H2**   Date: **4/2/08**

BRIEF SUMMARY OF THE COMPLAINT: COUNT ① I CAN HARDLY WALK, AND I NEED TO BE SENT TO A DIVISION WITHOUT STAIRS (NOT DIVISION 1) THERE ARE STAIRS ON EVERY TIER (TO GET TO A TIER). I SPOKE TO SUPT. ANDERSON WHO TOLD ME ON 4/1/08 THAT HE'D SPEAK WITH THE SUPT. IN DIV. 8 A DIVISION WITHOUT STAIRS TO MOVE ME THERE. I AM IN SEVERE PAIN (MY BACK) JUST SITTING AND WRITING TODAY. BUT IT (THE PAIN) INTENSIFIES WHEN WALKING (UNASSISTED) AND ALMOST INBEARABLE CLIMBING STAIRS. I'VE HAD NO HELP @ MEDICAL DUE TO MY LAWSUIT—THEY ONLY CURSE AND YELL @ ME. DR. MLT & EDWARDS AND MOORE.
COUNT ② I TOLD SUPT. ANDERSON TWICE ABOUT MY PROBLEM AND WROTE 6 GRIEVANCES (SEE: EXHIBITS G 2, 25, G-5-7 AND G 3 & 26)

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: SUPT. ANDERSON, LT. NORWOOD, PEDRO VASQUEZ ATTORNEYS MIKE MORRISEY STEPHEN SWIRNEY JUDGE KENNETH WADIS

ACTION THAT YOU ARE REQUESTING: ⓐ MOVE/TRANSFER TO DIV. 8 MEDICAL DIV. WITHOUT STAIRS.

DETAINEE SIGNATURE: _(signed)_

C.R.W.'S SIGNATURE: _____      DATE C.R.W. RECEIVED: ___/___/___

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

TURNED IN ON 4-3-08    TO SOCIAL WORKER TELLIS

EMERGENCY #4-11 CODE

EXHIBIT G 5/3/08

Part-A / Control #: _____X_____

Referred To: Cermak

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: OWENS  First Name: TYRONE

ID #: 2007-0076170  Div.: 10  Living Unit: 2C  Date: 5/3/08

BRIEF SUMMARY OF THE COMPLAINT: COUNT ① DELIBERATE INDIFFERENCE I NEED THE SURGERY THAT I HAD SCHEDULED SINCE FEBRUARY, 2007, AND THE MEDICAL STAFF KEEP REFUSING TO SEND ME, AND I'VE HAD BACK PAIN & NECK SINCE MY FALL, YET I CAN'T SEEM TO GET TO THE INFIRMARY. THE DOCTORS (OR) NURSES DON'T CARE AND BLOW ME OVER. I'M IN TREMENDOUS PAIN.

COUNT ② I AM DISABLED AND NEED A SHOWER CHAIR AND GRAB BARS/RAILS TO KEEP FROM FALLING IN THE SHOWER AGAIN. I CAN'T USE MY CANE IN THE SHOWER. ALSO THERE ARE NO DISABLED SHOWERS FOR US THAT MUST SIT TO SHOWER, VIOLATING THE A.D.A. REGULATIONS.

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
① LEROY MCDANIELS CELL 2316 ② BOBBY? CELL 2323

ACTION THAT YOU ARE REQUESTING: IMMEDIATE TRANSFER TO STROGER FOR SURGERY, INSTALL ADA SHOWERS WITH SHOWER CHAIRS ADDED

DETAINEE SIGNATURE: [signature]

C.R.W.'S SIGNATURE: _____  DATE C.R.W. RECEIVED: 5/08/08

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)  (YELLOW COPY – C.R.W.)  (PINK COPY – DETAINEE)  (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

EMERGENCY
MEDICAL BLOOD (IN) EAR
"DELIBERATE INDIFFERENCE"

Part-A / Control #: _____ X _____

Referred To: Cermak

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: OWENS   First Name: TYRONE

ID #: 2007-0076174   Div.: 10   Living Unit: 1-A   Date: 5/15/08

BRIEF SUMMARY OF THE COMPLAINT: DELIBERATE INDIFFERENCE, CRUEL & UNUSUAL PUNISHMENT. ON THE ABOVE DATE, I CAME TO SICK CALL AFTER MAKING OVER 10 WRITTEN AND VERBAL COMPLAINTS TO GET THERE. THEN WHILE WAITING, DR. DUNLAP SAID MY NAME AND TRIED TO WHISPER CONSPIRINGLY "SEND OWENS BACK, JUST TELL HIM I'LL SEE HIM IN AN HOUR & A HALF, KNOWING FULL WELL THAT SHE WAS LEAVING IN 10 MIN. SHE SAID "HE CRIES ABOUT EVERYTHING, I DON'T HAVE TO SEE HIM, PERIOD! SHE INTENTIONALLY MADE ME LEAVE WHILE 7 OTHER INMATES WERE SEEN BY HER. THE 1 CAME WELL AFTER I GOT THERE. I'M IN SEVERE PAIN DAILY AND GETTING WORSE. I'VE HAD SOME BLOOD COME OUT OF MY EAR (LEFT) AND A THROBBING HEADACHE. I HAVE A SWELLING IN MY R/L KNEE AND I NEED PHYSICAL THERAPY. MY BACK IS STILL INJURED FROM THE FALL DOWN STAIRS-PLUS. SINCE 2/21/08 I'VE BEEN TRYING TO GET THE SURGERY I WAS TO HAVE BUT SHE

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: C/O NELSON 7-3 / _____ / C/O L-B 7-3 / _____

ACTION THAT YOU ARE REQUESTING: SUSPEND/_ DR. DUNLAP, LET ME GET TREATED BY ANOTHER DOCTOR AND GET MY SURGERIES

DETAINEE SIGNATURE: [signature]

C.R.W.'S SIGNATURE: _____   DATE C.R.W. RECEIVED: 5-21-08

Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

INTENTIONALLY DENIES ME MEDICAL CARE. VIOLATING MY CONSTITUTIONAL RIGHTS AND HER OATH TO PROVIDE PROFESSIONAL MEDICAL "TO ALL HUMAN BEINGS REGAURDLESS OF THEIR AGE, SEX, NATIONALITY/RACE ect." SHE HAS FAILED SEVERELY @ THIS JUNCTURE DUE TO A COLLEAGE BEING SUED. THIS IS HER ATTEMPT @ "RETALIATION" SHE WILL (UNDOUBTEDLY) BE ADDED TO DR. ALI'S SUIT (SEE: OWENS v. ALI 08-CV-1330) THIS MAKES THE 10TH COMPLAINT/GRIEVANCE/REQUEST I'VE WRITTEN TO GET MEDICAL ATTENTION @ COOK CO. JAIL FROM DR'S ALI, EDWARDS AND FOR THE LAST TWO MONTHS DR. DUNLAP A.

——— NOTE ———

SHE, DR. DUNLAP, USED TO BE THE BEST DOCTOR THAT I'VE EVER SEEN IN MY LIFE. SOMETHING VERY STRANGE HAPPENED, SHE IS NOW THE MOST ARROGANT, SELFISH, CONDECENDING, UNCARING EVIL LADY THAT I'VE EVER MET. I DONT KNOW WHAT'S GOTTEN INTO HER. BUT I FULLY INTEND TO WRITE HER CONTRACTOR AND MEDICAL GROUP TO FILE A DIRECT COMPLAINT. AND MY FAMILY WILL BEGAN OTHER LEGAL PROCEDURES, WE WILL SEEK A MEDICAL MALPRACTICE ATTY. FOR THE FUTURE LEGAL RAMIFICATIONS THAT ARE SURE TO ARISE.

FINALLY, I'VE MADE "EXHIBITS" OUT OF ALL REQUEST, COMPLAINTS AND GRIEVANCES FOR COURT SEE: "EXHIBIT" @ TOP RGT. HAND CONER ON (ALL) FILINGS. I HAVE LIVE WITNESSES SHE TOLD HER THIS. I SWEAR SEE: C/O NELSON I HAVE OTHER'S TOO!

DETAINEE
PY

TYRONE OWENS

DENIED TRANSFER LETTERS        EXHIBIT G 5/20/08  (1)
                                Part-A / Control #: _____ X _____

EMERGENCY                       Referred To: Cook

BLOOD IN MY EAR & SEVERE HEADACHES    ☐ Processed as a request.

---

## COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

---

Detainee Last Name: **OWENS**          First Name: **TYRONE**

ID #: **2007-0076174**  Div.: **10**   Living Unit: **A/1**  Date: **5/_/__**

BRIEF SUMMARY OF THE COMPLAINT: On the above date Dr. Dunlap came into the Dispensary and told me with another doctor hovered over her "Deal with Mr. Owens" then without even checking out my injuries told me he or [she] had ordered me out of the division. It's been over a month that I got injured but she has refused to even say one thing about my new injuries. I have a terrible headache and had blood in my ear. I told Dr. Dunlap she said "too bad Mr. Owens"
(cont.) This is now my 6th grievance against Dr. Dunlap for failing to give me medical treatment. Each time I complain about her malpractice, I'm told she is a doctor I can't do nothing. Write another grievance. I'm in PAIN! I can't keep being peaceful and I get no medical treatment. When will this jail's medical director namely Dr. Dunlap help me with my medical issues? I'm in extreme pain. I'm in pain! PAIN! PAIN!

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: Nurse @ Div. 10 Dispensary, the triage nurse witnessed this twice in one week.

ACTION THAT YOU ARE REQUESTING: Relief! Dr. Dunlap be removed from treating live people, and [that] on me a lie but not ___

DETAINEE SIGNATURE: _____

C.R.W.'S SIGNATURE: _____          DATE C.R.W. RECEIVED: _____/__/__

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)