OWENS 1A
20070076179

08C1330

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 5/28/08

_____
Signature of Applicant

TYRONE OWENS
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

FILED
JUN - 9 2008
Jun 9, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, Tyrone Owens, I.D.# 20070076179, has the sum of $ 0.12 on account to his/her credit at (name of institution) CCDOC.
I further certify that the applicant has the following securities to his/her credit: ____. I further certify that during the past six months the applicant's average monthly deposit was $ 20.83.
(Add all deposits from all sources and then divide by number of months).

6/3/2008
DATE

_____
SIGNATURE OF AUTHORIZED OFFICER

L K Graham
(Print name)

rev. 10/10/2007



**TRANSACTION REPORT**
Print Date: 06/03/2008

Inmate Name:     OWENS, TYRONE            Balance:        $0.12
Inmate Number: 20070076179
Inmate DOB:      11/19/1961

| Stamp | Transaction | Amount | Balance |
|---|---|---|---|
| 05/16/2008 | RETURN CREDIT | 0.12 | 0.12 |
| 05/14/2008 | ORDER DEBIT | -0.12 | 0.00 |
| 05/07/2008 | ORDER DEBIT | -15.09 | 0.12 |
| 05/06/2008 | CREDIT | 15.00 | 15.21 |
| 05/02/2008 | RETURN CREDIT | 0.17 | 0.21 |
| 04/30/2008 | ORDER DEBIT | -0.17 | 0.04 |
| 04/16/2008 | ORDER DEBIT | -40.48 | 0.21 |
| 04/15/2008 | CREDIT TRANSFER | 40.00 | 40.69 |
| 04/12/2008 | RETURN CREDIT | 0.68 | 0.69 |
| 04/09/2008 | ORDER DEBIT | -0.68 | 0.01 |
| 04/05/2008 | RETURN CREDIT | 0.68 | 0.69 |
| 04/03/2008 | ORDER DEBIT | -0.68 | 0.01 |
| 03/29/2008 | RETURN CREDIT | 0.51 | 0.69 |
| 03/26/2008 | ORDER DEBIT | -0.51 | 0.18 |
| 03/20/2008 | ORDER DEBIT | -20.87 | 0.69 |
| 03/12/2008 | ORDER DEBIT | -22.10 | 21.56 |
| 03/08/2008 | RETURN CREDIT | 2.58 | 43.66 |
| 03/07/2008 | RETURN CREDIT | 15.28 | 41.08 |
| 03/06/2008 | RELEASE FUNDS | -6.44 | 25.80 |
| 03/06/2008 | CREDIT | 10.00 | 32.24 |
| 03/05/2008 | ORDER DEBIT | -7.80 | 22.24 |
| 02/29/2008 | CREDIT | 30.00 | 30.04 |
| 02/27/2008 | ORDER DEBIT | -0.17 | 0.04 |
| 02/21/2008 | ORDER DEBIT | -15.28 | 0.21 |
| 02/20/2008 | CREDIT | 15.00 | 15.49 |
| 02/16/2008 | RETURN CREDIT | 0.15 | 0.49 |
| 02/13/2008 | ORDER DEBIT | -0.15 | 0.34 |
| 02/07/2008 | ORDER DEBIT | -6.48 | 0.49 |
| 02/02/2008 | RETURN CREDIT | 4.10 | 6.97 |
| 02/01/2008 | RELEASE FUNDS | -17.21 | 2.87 |
| 01/31/2008 | ORDER DEBIT | -30.01 | 20.08 |
| 01/25/2008 | CREDIT | 50.00 | 50.09 |
| 01/23/2008 | ORDER DEBIT | -19.92 | 0.09 |
| 01/18/2008 | CREDIT | 20.00 | 20.01 |
| 01/02/2008 | ORDER DEBIT | -1.32 | 0.01 |
| 12/29/2007 | RETURN CREDIT | 0.51 | 1.33 |
| 12/25/2007 | ORDER DEBIT | -11.15 | 0.82 |

| | | | |
|---|---|---:|---:|
| 12/22/2007 | RETURN CREDIT | 9.51 | 11.97 |
| 12/19/2007 | ORDER DEBIT | -9.51 | 2.46 |
| 12/12/2007 | ORDER DEBIT | -9.12 | 11.97 |
| 12/07/2007 | CREDIT | 10.00 | 21.09 |
| 12/05/2007 | ORDER DEBIT | -27.06 | 11.09 |
| 12/05/2007 | CREDIT | 10.00 | 38.15 |
| 12/05/2007 | RELEASE FUNDS | -2.25 | 28.15 |
| 12/05/2007 | CREDIT | 30.00 | 30.40 |
| 11/14/2007 | ORDER DEBIT | -3.10 | 0.40 |
| 11/08/2007 | ORDER DEBIT | -95.98 | 3.50 |
| 10/25/2007 | ORDER DEBIT | -76.50 | 99.48 |
| 10/12/2007 | ORDER DEBIT | -88.02 | 175.98 |
| 10/09/2007 | CREDIT | 264.00 | 264.00 |

© 2004 ARAMARK Corporation. All Rights Reserved

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT, ILLINOIS

TYRONE OWENS )
 PLAINTIFF )
)
)
V. DR. ANN DUNLAP et al. ) NO. 08-CV 1330
) JUDGE: JAMES F. HOLDERMAN
SHERIFF ~~TOM DART et al.~~ )
 DEFENDANTS )
)

## PROOF/CERTIFICATE OF SERVICE

TO: UNITED STATES DISTRICT COURT OFFICE
 U.S. DIST. COURT CLERK
 219 S. DEARBORN STREET
 CHICAGO, IL. 60604

~~TO: COOK COUNTY STATES ATTORNEY'S~~
~~1500 MAYBROOK, MAYWOOD STANTON~~
 500 RICHARD J. DALEY CENTER
 CHICAGO, IL. 60602

I, TYRONE OWENS, SWEAR UNDER PENALTY OF PERJURY THAT I SERVED A COPY OF THE ATTACHED DOCUMENT ON: U.S. DISTRICT COURT CLERK AND ASSISTANT STATES ATTORNEY JAMIE M. STANTON, BY PLACING IT IN THE MAIL AT THE COOK COUNTY JAIL/CORRECTIONS. ON ~~5/30/08~~ 6/6/08

*/s/ Tyrone Owens*

TYRONE OWENS
BOX #089002
COUNTY JAIL
CHGO, IL. 60608

DEAR CLERK
 I MAILED TWO CONSENT TO MAGISTRATE FORMS ALREADY. DID THE DEFENDANT STEAL THEM TOO? DO YOU HAVE THEM?

YOUR #1 FAN