FILED
JUN 23 2008
6-23-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s) TYRONE OWENS,　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　)　Case Number: 08-C-1330
　　　　　　　　　V.　　　　　　　　　　　　　　　　　　　)
Defendant(s) ~~SHERIFF TOM DART~~ et al.　　　　　)　Judge: HOLDERMAN
　　DR. DUNLAP, ANN et al.　　　　　　　　　　　　　)

**MOTION FOR APPOINTMENT OF COUNSEL**

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, TYRONE OWENS et. al. , declare that I am the (check appropriate box)
   [✓] plaintiff  [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding:

3. In further support of my motion, I declare that (check appropriate box):
   [ ] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.
   [✓] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):
   [✓] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.
   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.
   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

_____　　　P.O. BOX #089002
Movant's Signature　　　　　　　　　　　Street Address

5/19/08　　　　　　　　　　　　　　　　CHICAGO, IL. 60608
Date　　　　　　　　　　　　　　　　　　City, State, ZIP

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

Assigned Judge: JAMES F. HOLDERMAN    Case Number: 01-C-6579

Case Title: OWENS V. BURTON et. al

Appointed Attorney's Name: WILDMAN, HARROLD, ALLEN & DIXON

If this case is still pending, please check box ☐

Assigned Judge: _____    Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

Assigned Judge: _____    Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

Assigned Judge: _____    Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT, ILLINOIS

TYRONE OWENS )
    PLAINTIFF )
)  NO. 08-C-1330
V. DR. ANN DUNLAP et al, )
)  JUDGE HOLDERMAN
    DEFENDANT )

## PROOF/CERTIFICATE OF SERVICE

TO: UNITED STATES DISTRICT COURT
U.S. DIST. COURT CLERK
219 S. DEARBORN STREET
CHGO, IL. 60604

I, TYRONE OWENS, SWEAR UNDER PENALTY OF PERJURY THAT I SERVED A COPY OF THE ATTACHED DOCUMENT ON: U.S. DISTRICT COURT CLERK AND ASSISTANT STATES ATTORNEY JAMIE M. STANTON, BY PLACING IT IN THE MAIL AT THE COOK COUNTY JAIL. ON: 6-5-08

          /s/ Tyrone Owens

TYRONE OWENS
P.O. BOX #089002
COOK COUNTY JAIL
CHGO, IL. 60608