# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | JAMES F. HOLDERMAN | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1330 | **DATE** | July 1, 2008 |
| **CASE TITLE** | Tyrone Owens (#2007-0076179) vs. Dr. Ali, et al. | | |

**DOCKET ENTRY TEXT:**

The plaintiff's motion for appointment of counsel [#15] is denied as moot. *See* Minute Order of June 13, 2008. The plaintiff is once again reminded that he must provide the court with the original plus a judge's copy of every document filed. In the future, the court may strike without considering any document filed that fails to comport with this basic filing requirement.

**Docketing to mail notices.**

mjm