# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | JAMES F. HOLDERMAN | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1330 | **DATE** | September 9, 2008 |
| **CASE TITLE** | Tyrone Owens (#2007-0076179) vs. Dr. Ali, et al. | | |

**DOCKET ENTRY TEXT:**

By Minute Order of July 30, the court revoked the plaintiff's *in forma pauperis* pursuant to 28 U.S.C. § 1915(g) and directed him to pay the full $350.00 statutory filing fee within thirty days. Although forewarned of the consequences, the plaintiff has failed to remit the remaining balance of the required statutory filing fee as directed. [An installment payment received on August 5, 2008, did not satisfy the payment obligation.] The complaint is accordingly dismissed and the case is terminated. However, having brought this action, the plaintiff nevertheless remains obligated to pay the full filing fee. *See* 28 U.S.C. §1915(b)(1); *Sloan v. Lesza*, 181 F.3d 857, 859 (7th Cir. 1999). Before pursuing any future litigation, the plaintiff must pay any outstanding fees.

**Docketing to mail notices.**

mjm